## PERSONAL AND CHECK INFORMATION

BETH HAYNES
90 FAIRLIE ST. #203
ATLANTA, GA 30303

Soc Sec #: XXX-XX-XXXX     Employee ID: 83086
Hire Date: 06/18/08
Filing Status:
Federal: Married, 1
State: GA, Married, 1
Dept: 735

Pay Period: 03/15/09 to 03/28/09
Check Date: 04/03/09     Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SAV1 DD - 8184 | 1560.20 | 10725.41 |
| Net Pay | 1560.20 | 10725.41 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR PAY | 76.00 | 26.7187 | 2030.62 | 481.50 | 12941.79 |
| JURY DUTY PAY | | | | 7.00 | 187.03 |
| HOLIDAY PAY | | | | 40.00 | 1090.67 |
| MISC PAY | | | 25.00 | | 75.00 |
| SICK PAY | 4.00 | 26.7187 | 106.87 | 8.00 | 213.74 |
| VACATION PAY | | | | 23.50 | 638.85 |
| MED125 | | | -146.03 | | -1022.21 |
| GTL >50K | | | 6.79 | | 40.74 |
| MEDFSA125 | | | -42.19 | | -295.33 |
| **GROSS** | 80.00 | | 1981.06 | 560.00 | 13870.28 |
| **TRUE GROSS** | | | 2169.28 | | 15187.82 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MISC DEDN | | 50.00 |
| GTL>50K-OUT | 6.79 | 40.74 |
| TOTAL | 6.79 | 90.74 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 167.49 | 1327.72 |
| OASDI | 122.83 | 859.97 |
| MEDICARE | 28.73 | 201.13 |
| STATE W/H GA | 95.02 | 665.31 |
| TOTAL | 414.07 | 3054.13 |

### NET PAY

| CURRENT ($) | YTD ($) |
|---|---|
| 1560.20 | 10725.41 |

Payrolls by Paychex, Inc.
439-M364 MAP INTERNATIONAL

# PERSONAL AND CHECK INFORMATION

BETH HAYNES
90 FAIRLIE ST. #203
ATLANTA, GA 30303

Soc Sec #: XXX-XX-XXXX    Employee ID: 83086
Hire Date: 06/18/08
Status: FT
Filing Status:
 Federal: Married, 1
 State: GA, Married, 1
Dept: 735
Pay Period: 03/01/09 to 03/14/09
Check Date: 03/20/09    Check #: Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AV1 DD - 8184 | 1560.21 | 9165.21 |
| Net Pay | 1560.21 | 9165.21 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 26.7187 | 2137.50 | | 10911.17 |
| JURY DUTY PAY | | | | 7.00 | 187.03 |
| HOLIDAY PAY | | | | 40.00 | 1090.67 |
| MISC PAY | | | 25.00 | | 50.00 |
| SICK PAY | | | | 4.00 | 106.87 |
| VACATION PAY | | | | 23.50 | 638.85 |
| MED125 | | | -146.03 | | -876.18 |
| GTL >50K | | | 6.79 | | 33.95 |
| MEDFSA125 | | | -42.19 | | -253.14 |
| GROSS | 80.00 | | 1981.07 | 480.00 | 11889.22 |
| TRUE GROSS | | | 2169.29 | | 13018.54 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MISC DEDN | | 50.00 |
| GTL>50K-OUT | 6.79 | 33.95 |
| TOTAL | 6.79 | 83.95 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 167.49 | 1160.23 |
| OASDI | 122.83 | 737.14 |
| MEDICARE | 28.73 | 172.40 |
| STATE W/H GA | 95.02 | 570.29 |
| TOTAL | 414.07 | 2640.06 |

## NET PAY

| CURRENT ($) | YTD ($) |
|---|---|
| 1560.21 | 9165.21 |

Payrolls by Paychex, Inc.
0439-M364 MAP INTERNATIONAL

Payrolls by Paychex, Inc.    0039-M364 MAP INTERNATIONAL ■

## PERSONAL AND CHECK INFORMATION

BETH HAYNES
90 FAIRLIE ST. #203
ATLANTA, GA 30303

Soc Sec #: XXX-XX-XXXX    Employee ID: 83086
Hire Date: 06/18/08
Status: FT
Filing Status:
Federal: Married, 1
State: GA, Married, 1
Dept: 735
Pay Period: 02/15/09 to 02/28/09
Check Date: 03/06/09    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| V1 DD - 8184 | 1529.44 | 7605.00 |
| Net Pay | 1529.44 | 7605.00 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 26.7187 | 2137.50 | 325.50 | 8773.67 |
| JURY DUTY PAY | | | | 7.00 | 187.03 |
| HOLIDAY PAY | | | | 40.00 | 1090.67 |
| MISC PAY | | | 25.00 | | 25.00 |
| SICK PAY | | | | 4.00 | 106.87 |
| VACATION PAY | | | | 23.50 | 638.85 |
| MED125 | | | -146.03 | | -730.15 |
| GTL >50K | | | 6.79 | | 27.16 |
| MEDFSA125 | | | -42.19 | | -210.95 |
| GROSS | 80.00 | | 1981.07 | 400.00 | 9908.15 |
| TRUE GROSS | | | 2169.29 | | 10849.25 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MISC DEDN | | 50.00 |
| GTL>50K-OUT | 6.79 | 27.16 |
| TOTAL | 6.79 | 77.16 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 198.26 | 992.74 |
| OASDI | 122.83 | 614.31 |
| MEDICARE | 28.73 | 143.67 |
| STATE W/H GA | 95.02 | 475.27 |
| TOTAL | 444.84 | 2225.99 |

### NET PAY

| CURRENT ($) | YTD ($) |
|---|---|
| 1529.44 | 7605.00 |

## PERSONAL AND CHECK INFORMATION

BETH HAYNES  
90 FAIRLIE ST. #203  
ATLANTA, GA 30303  

Soc Sec #: XXX-XX-XXXX  Employee ID: 83086  
Hire Date: 06/18/08  
Status: FT  
Filing Status:  
  Federal: Married, 1  
  State: GA, Married, 1  
Dept: 735  

Pay Period: 02/01/09 to 02/14/09  
Check Date: 02/20/09   Check #: Direct Deposit  

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DDAV1 DD - 8184 | 1461.60 | 6075.56 |
| Net Pay | 1461.60 | 6075.56 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR PAY | 69.00 | 26.7187 | 1843.59 | 245.50 | 6636.17 |
| JURY DUTY PAY | 7.00 | 26.7187 | 187.03 | 7.00 | 187.03 |
| HOLIDAY PAY |  |  |  | 40.00 | 1090.67 |
| SICK PAY | 4.00 | 26.7187 | 106.87 | 4.00 | 106.87 |
| VACATION PAY |  |  |  | 23.50 | 638.85 |
| MED125 |  |  | -146.03 |  | -584.12 |
| GTL >50K |  |  | 6.79 |  | 20.37 |
| MEDFSA125 |  |  | -42.19 |  | -168.76 |
| GROSS | 80.00 |  | 1956.06 |  | 7927.08 |
| TRUE GROSS |  |  | 2144.28 | 320.00 | 8679.96 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MISC DEDN | 50.00 | 50.00 |
| GTL>50K-OUT | 6.79 | 20.37 |
| TOTAL | 56.79 | 70.37 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 194.51 | 794.48 |
| OASDI | 121.28 | 491.48 |
| MEDICARE | 28.36 | 114.94 |
| STATE W/H GA | 93.52 | 380.25 |
| TOTAL | 437.67 | 1781.15 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
|  | 1461.60 | 6075.56 |

*Payrolls by Paychex, Inc.*  
00439-M364 MAP INTERNATIONAL

## PERSONAL AND CHECK INFORMATION

BETH HAYNES
90 FAIRLIE ST. #203
ATLANTA, GA 30303

Soc Sec #: XXX-XX-XXXX    Employee ID: 83086
Hire Date: 06/18/08
Status: FT
Filing Status:
Federal: Married, 1
State: GA, Married, 1
Dept: 735
Pay Period: 01/18/09 to 01/31/09
Check Date: 02/06/09    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SAV DD - 8184 | 1511.61 | 4613.96 |
| NetPay | 1511.61 | 4613.96 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR PAY | 64.50 | 26.7187 | 1723.36 | 176.50 | 4792.58 |
| HOLIDAY PAY | 8.00 | 26.7187 | 213.75 | 40.00 | 1090.67 |
| VACATION PAY | 7.50 | 26.7187 | 200.39 | 23.50 | 638.85 |
| MED125 | | | -146.03 | | -438.09 |
| GTL >50K | | | 6.79 | | 13.58 |
| MEDFSA125 | | | -42.19 | | -126.57 |
| GROSS | | | 1956.07 | | 5971.02 |
| TRUE GROSS | 80.00 | | 2144.29 | 240.00 | 6535.68 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GTL>50K-OUT | 6.79 | 13.58 |
| TOTAL | 6.79 | 13.58 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 194.51 | 599.97 |
| OASDI | 121.28 | 370.20 |
| MEDICARE | 28.36 | 86.58 |
| STATE W/H GA | 93.52 | 286.73 |
| TOTAL | 437.67 | 1343.48 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1511.61 | 4613.96 |

## PERSONAL AND CHECK INFORMATION

BETH HAYNES
90 FAIRLIE ST. #203
ATLANTA, GA 30303

Soc Sec #: XXX-XX-XXXX    Employee ID: 83086
Hire Date: 06/18/08
Status: FT
Filing Status:
Federal: Married, 1
State: GA, Married, 1
Dept: 735
Pay Period: 01/04/09 to 01/17/09
Check Date: 01/23/09    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SAV1 DD - 8184 | 1550.71 | 3102.35 |
| Net Pay | 1550.71 | 3102.35 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 27.4038 | 2192.30 | | 3069.22 |
| HOLIDAY PAY | | | | 112.00 | 876.92 |
| VACATION PAY | | | | 32.00 | 438.46 |
| MED125 | | | -146.03 | 16.00 | -292.06 |
| GTL >50K | | | 6.79 | | 6.79 |
| MEDFSA125 | | | -42.19 | | -84.38 |
| GROSS | 80.00 | | 2010.87 | 160.00 | 4014.95 |
| TRUE GROSS | | | 2199.09 | | 4391.39 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GTL>50K-OUT | 6.79 | 6.79 |
| TOTAL | 6.79 | 6.79 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 202.73 | 405.46 |
| OASDI | 124.67 | 248.92 |
| MEDICARE | 29.16 | 58.22 |
| STATE W/H GA | 96.81 | 193.21 |
| TOTAL | 453.37 | 905.81 |

### NET PAY

| CURRENT ($) | YTD ($) |
|---|---|
| 1550.71 | 3102.35 |

Payrolls by Paychex, Inc.
0469-M364 MAP INTERNATIONAL
FOLD AND REMOVE
FOLD AND REMOVE