**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

**Brian Thomas Crooks**　　　　　　　　　Case No.: **09−69160−reb**
　　　　　　　　　　　　　　　　　　　　　　Chapter: **13**
**Beth Haynes**　　　　　　　　　　　　　　Judge: **Robert Brizendine**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Five (5) Days**　　　　　　　**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition:**　　　　**From the Date of Filing of the Petition**
N/A　　　　　　　　　　　　　　　　　　　　　　N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fifteen (15) Days From the Date of Filing of the Petition**

Statement of Financial Affairs (Form 7)

Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)

Summary of Schedules, Page 1 (Form 6−Summary)

Statistical Summary (Form 6−Summary)

Declaration Concerning Debtor's Schedules (Form 6)

Attorney Disclosure of Compensation Form 203

Statement of Current Monthly Income (Form 22C) (Ch 13)

Chapter 13 Plan, complete with signatures

Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation. (for debtor)

　　　　　　　　　　　　　　　　　　*W. Yvonne Evans*
　　　　　　　　　　　　　　　　　　_____

Dated: 4/8/09　　　　　　　　　　　W. Yvonne Evans
　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court

Form 430