**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:
    **Brian Thomas Crooks**

    **Beth Haynes**

Case No.: **09−69160−reb**
Chapter: **13**
Judge: **Robert Brizendine**

# *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Five (5) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fifteen (15) Days From the Date of Filing of the Petition**

Statement of Financial Affairs (Form 7)

Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)

Summary of Schedules, Page 1 (Form 6−Summary)

Statistical Summary (Form 6−Summary)

Declaration Concerning Debtor's Schedules (Form 6)

Attorney Disclosure of Compensation Form 203

Statement of Current Monthly Income (Form 22C) (Ch 13)

Chapter 13 Plan, complete with signatures

Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation. (for debtor)

*W. Yvonne Evans* (signature)

Dated: 4/8/09

W. Yvonne Evans
Clerk of Court
U.S. Bankruptcy Court

Form 430

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: gow                   Page 1 of 1          Date Rcvd: Apr 08, 2009
Case: 09-69160                Form ID: 430                Total Served: 3

The following entities were served by first class mail on Apr 10, 2009.
db/jtdb    +Brian Thomas Crooks,   Beth Haynes,   90 Fairlie St.,   Unit 203,   Atlanta, GA 30303-2160
aty        +Anthony B Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
             229 Peachtree Street, NE,   Atlanta, GA 30303-1601
The following entities were served by electronic transmission on Apr 08, 2009.
tr         +E-mail/Text: bnc@13trusteeatlanta.com                           Adam M. Goodman,
             Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 10, 2009**                          Signature:  _Joseph Speetjens_