LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

April 23, 2009

Clerk, United States Bankruptcy Court
75 Spring St., S.W.
Suite 1340
Atlanta, GA  30303

## REQUEST FOR SERVICE OF NOTICES

RE:   Debtor(s)          :   Brian Thomas Crooks and Beth Haynes
      Case Number        :   09-69160
      Chapter            :   13
      Secured Creditor   :   Countrywide Home Loans Servicing, L.P.
      Loan Number        :   XXXXX9663

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Countrywide Home Loans Servicing, L.P.
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Richard Siegel

Richard Siegel, Esquire


cc: Adam Goodman
    Anthony B. Sandberg , Esq.


File Number CWF-09-24338 /
Request for Service of Notice