IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                  )
                                        )
Brian Thomas Crooks, and                )        CHAPTER 13
Beth Haynes,                            )
    Debtors.                            )        CASE NO. A09-69160-REB
                                        )
                                        )        JUDGE ROBERT BRIZENDINE

---

**DEBTORS AMENDMENT TO CHAPTER 13 SCHEDULES
SUMMARY OF SCHEDULES AND STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND
RELATED DATA (28 U.S.C. 159)**

*Come Now Debtors*, and amend this Chapter 13 Petition, per attached, to provide the following:

**1.**

Debtors amend Schedules I and J to reflect change in household income and expenditures.

**2.**

Debtors Summary of Schedules and Statistical Summary of Certain Liabilities automatically reflect the changes made within the petition.

WHEREFORE, Debtors pray that this Amendment be allowed; the Trustee withdraws objection(s) to confirmation; the plan is confirmed; and for such other and further relief as the Court deems appropriate and just.

Respectfully Submitted,

_____/s/
Lureece D. Lewis
Attorney for Debtors
GA Bar No.: 520077

The Sandberg Law Firm
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799

B6I (Official Form 6I) (12/07)

In re  **Brian Thomas Crooks**
       **Beth Haynes**
       Debtor(s)

Case No.  **09-69160**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Graphic Designer** | **Direct response marketing mgmt.** |
| Name of Employer | **Self Employed** | **MAP International** |
| How long employed | **30 years** | **10 mos.** |
| Address of Employer | **Brian T. Crooks Design**<br>**90 Fairie Street**<br>**Suite # 203**<br>**Atlanta, GA 30383** | **90 Hurt Plaza**<br>**Ste. 400**<br>**Atlanta, GA 30303** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **0.00** | $ **4,356.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **4,356.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **896.00** |
| b. Insurance | $ **0.00** | $ **422.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,318.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **3,038.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **1,195.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Part Time Yoga instruction** | $ **0.00** | $ **90.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,195.00** | $ **90.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,195.00** | $ **3,128.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **4,323.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Brian Thomas Crooks**
       **Beth Haynes**                                                             Case No. **09-69160**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **1,350.00** |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ **250.00** |
| b. Water and sewer | | $ **80.00** |
| c. Telephone | | $ **0.00** |
| d. Other  **See Detailed Expense Attachment** | | $ **241.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **40.00** |
| 4. Food | | $ **450.00** |
| 5. Clothing | | $ **70.00** |
| 6. Laundry and dry cleaning | | $ **40.00** |
| 7. Medical and dental expenses | | $ **300.00** |
| 8. Transportation (not including car payments) | | $ **300.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **0.00** |
| 10. Charitable contributions | | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ **0.00** |
| b. Life | | $ **148.00** |
| c. Health | | $ **0.00** |
| d. Auto | | $ **100.00** |
| e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ **0.00** |
| b. Other | | $ **0.00** |
| c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other  **See Detailed Expense Attachment** | | $ **433.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **3,802.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **4,323.00** |
| b. | Average monthly expenses from Line 18 above | $ **3,802.00** |
| c. | Monthly net income (a. minus b.) | $ **521.00** |

**B6J (Official Form 6J) (12/07)**

In re  **Brian Thomas Crooks**
**Beth Haynes**
Debtor(s)

Case No.  **09-69160**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cable** | $ **100.00** |
| **Cell Phone** | $ **90.00** |
| **Security** | $ **51.00** |
| **Total Other Utility Expenditures** | $ **241.00** |

**Other Expenditures:**

| | |
|---|---:|
| **pet expenses** | $ **35.00** |
| **Phone/Fax Line** | $ **25.00** |
| **Postage Meter** | $ **31.00** |
| **Web Site Hosting** | $ **42.00** |
| **GURU Marketing SVCS (5% of Gross Income)** | $ **60.00** |
| **Mailbox Rental** | $ **33.00** |
| **Software Licenses** | $ **100.00** |
| **Project Archival Storage (for printing & files)** | $ **47.00** |
| **Ink/Paper/Supplies** | $ **60.00** |
| **Total Other Expenditures** | $ **433.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Brian Thomas Crooks,**
        **Beth Haynes**,
                                            Debtors

Case No. __09-69160__

Chapter __13__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 240,000.00 | | |
| B - Personal Property | Yes | 3 | 14,765.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 332,086.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 12,001.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 192,463.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,323.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,802.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | | Total Assets | 254,765.00 | | |
| | | | Total Liabilities | 536,550.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Brian Thomas Crooks,**
       **Beth Haynes**
       Debtors

Case No.  **09-69160**

Chapter  **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 12,001.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 12,001.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 4,323.00 |
| Average Expenses (from Schedule J, Line 18) | 3,802.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,641.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 92,086.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 12,001.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 192,463.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 284,549.00 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              )
                                    )
Brian Thomas Crooks, and            )    CHAPTER 13
Beth Haynes,                        )
    Debtors.                       )    CASE NO. A09-69160-REB
                                    )
                                    )    JUDGE ROBERT BRIZENDINE

## **DECLARATION UNDER PENALTY OF PERJURY**

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information and belief.

_____/s/_____

Brian Thomas Crooks


_____/s/_____

Beth Haynes


Date: June 17, 2009


Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks, | ) | CHAPTER 13 |
| Beth Haynes, | ) | |
| Debtors. | ) | CASE NO. A09-69160-REB |
| | ) | |
| | ) | JUDGE ROBERT BRIZENDINE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within Debtors' Amendment to Chapter 13 Schedules filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

| Trustee: | Debtors: |
|---|---|
| Adam M. Goodman | Brian Thomas Crooks and |
| Standing Chapter 13 Trustee | Beth Haynes |
| 260 Peachtree Street, Suite 200 | 90 Fairlie Street |
| Atlanta, GA 30303 | Atlanta, GA 30303 |

Dated: Tuesday, June 17, 2009

By: _____/s/
The Sandberg Law Firm
Kristopher Key Clerk