**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
**Brian Thomas Crooks**
90 Fairlie St.
Unit 203
Atlanta, GA 30303

**xxx–xx–2280**

**Beth Haynes**
90 Fairlie St.
Unit 203
Atlanta, GA 30383

**xxx–xx–3967**

Case No.: **09–69160–reb**
Chapter: **13**

**NOTICE TO CHAPTER 13 DEBTOR**
**REGARDING DOMESTIC SUPPORT OBLIGATIONS**

    If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up–to–date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up–to–date by filing a *Debtor's 11 U.S.C. § 1328 cetificate.* The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

    This Notice will be served upon Debtor and counsel for Debtor.

June 18, 2009
Date

*W. Yvonne Evans*
_____
W. Yvonne Evans
Clerk of Court
U. S. Bankruptcy Court

Form 427