**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re:  Debtor(s)
  **Brian Thomas Crooks**
  90 Fairlie St.
  Unit 203
  Atlanta, GA 30303

  **xxx–xx–2280**

  **Beth Haynes**
  90 Fairlie St.
  Unit 203
  Atlanta, GA 30383

  **xxx–xx–3967**

Case No.: **09–69160–reb**
Chapter: **13**
Judge: **Robert Brizendine**

# ORDER CONFIRMING PLAN

  The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

  (1) The Chapter 13 plan is confirmed;

  (2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor or dismissal of the case, unless the Court orders otherwise;

  (3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

  (4) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

  The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

  **IT IS SO ORDERED.**

Robert Brizendine
United States Bankruptcy Judge

Dated:   June 18, 2009

Form 133

# CERTIFICATE OF NOTICE

```
District/off: 113E-9            User: johnsonc              Page 1 of 1                 Date Rcvd: Jun 18, 2009
Case: 09-69160                  Form ID: 133                Total Noticed: 3

The following entities were noticed by first class mail on Jun 20, 2009.
db/jtdb       +Brian Thomas Crooks,    Beth Haynes,    90 Fairlie St.,    Unit 203,    Atlanta, GA 30303-2160
aty           +Anthony B Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
               229 Peachtree Street, NE,    Atlanta, GA 30303-1601
The following entities were noticed by electronic transmission on Jun 19, 2009.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                           Adam M. Goodman,
               Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
                                                                                             TOTAL: 1
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
               229 Peachtree Street, NE,    Atlanta, GA 30303-1601
                                                                                         TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 20, 2009**              Signature:    _Joseph Speetjens_