**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)

    **Brian Thomas Crooks**

    **Beth Haynes**

Case No.: **09−69160−reb**

Chapter: **13**

### NOTICE TO DEBTOR
### THAT COURSE ON FINANCIAL MANAGEMENT
### IS REQUIRED TO RECEIVE DISCHARGE

    Upon review of the docket in the above−styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 23 with the Clerk's office.** *See* Interim Bankruptcy Rule 1007(b) and (c) and Official Form 23 (10/06). Failure to timely file Form 23 may result in the case being closed without Debtor receiving a discharge.

    A **Chapter 7** debtor must file Form 23 within 45 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 23 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 23, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

    This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.

Dated:  June 18, 2009

**\*\* Mailing Address**
 United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

*W. Yvonne Evans*

W. Yvonne Evans
Clerk of Court
U.S. Bankruptcy Court

Form 417

# CERTIFICATE OF NOTICE

```
District/off: 113E-9              User: johnsonc              Page 1 of 1              Date Rcvd: Jun 18, 2009
Case: 09-69160                    Form ID: 417                Total Noticed: 3

The following entities were noticed by first class mail on Jun 20, 2009.
db/jtdb       +Brian Thomas Crooks,   Beth Haynes,   90 Fairlie St.,   Unit 203,   Atlanta, GA 30303-2160
aty           +Anthony B Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601

The following entities were noticed by electronic transmission on Jun 19, 2009.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                          Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                                        TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2009**                                    **Signature:**   *Joseph Speetjens*