**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re: Debtor(s)
**Brian Thomas Crooks**
90 Fairlie St.
Unit 203
Atlanta, GA 30303

Case No.: **09−69160−reb**
Chapter: **13**

xxx−xx−2280

**Beth Haynes**
90 Fairlie St.
Unit 203
Atlanta, GA 30383

xxx−xx−3967

**NOTICE TO CHAPTER 13 DEBTOR
REGARDING DOMESTIC SUPPORT OBLIGATIONS**

If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 cetificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

This Notice will be served upon Debtor and counsel for Debtor.

June 18, 2009
Date

_W. Yvonne Evans_
W. Yvonne Evans
Clerk of Court
U. S. Bankruptcy Court

Form 427

# CERTIFICATE OF NOTICE

```
District/off: 113E-9              User: johnsonc              Page 1 of 1              Date Rcvd: Jun 18, 2009
Case: 09-69160                    Form ID: 427                Total Noticed: 2

The following entities were noticed by first class mail on Jun 20, 2009.
db/jtdb      +Brian Thomas Crooks,   Beth Haynes,   90 Fairlie St.,   Unit 203,   Atlanta, GA 30303-2160
aty          +Anthony B Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
               229 Peachtree Street, NE,   Atlanta, GA 30303-1601
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
               229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2009**                    Signature:    _Joseph Speetjens_