Certificate Number: 05701-GAN-DE-007954177

Bankruptcy Case Number: 09-69160

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 9, 2009, at 9:53 o'clock AM MST,

BRIAN T CROOKS completed a course on personal financial management given by internet by

50-30-20 MoneyPlan,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 9, 2009     By     /s/Kevin J. Turner

Name   Kevin J. Turner

Title   Client Care and Certificate Specialist