**ENTERED ON DOCKET**
**SEP 4 2009**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| BRIAN THOMAS CROOKS ) | NO. 09-69160 |
| BETH HAYNES ) | |
| ) | |
| Debtor ) | |
| ) | |
| BAC HOME LOANS SERVICING, L.P. ) | |
| FKA COUNTRYWIDE HOME LOANS ) | |
| SERVICING, L.P. ) | |
| ) | CHAPTER 13 |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| BRIAN THOMAS CROOKS ) | JUDGE: ROBERT BRIZENDINE |
| BETH HAYNES ) | |
| ADAM M. GOODMAN, Trustee | |
| Respondents | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion having been called before the Court for a hearing on August 27, 2009, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing that there was no opposition to the Motion and that the parties were properly served;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is lifted as to Movant herein, its successors and assigns, regarding the real property commonly known as 90 Fairlie Street, Unit 203, Atlanta, Georgia.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, reasonable fees and may assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the due to Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this 3rd day of Sept, 2009.

ROBERT BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:
MICHELLE HART, GEORGIA BAR No. 334291

MARIA   TSAGARIS, BAR NO. 143071
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 275-7171

NO OPPOSITION:

/s/ *signature*

Adam M. Goodman, Bar No. 300887
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA  30303
678-510-1444

DISTRIBUTION LIST

Brian Thomas Crooks
90 Fairlie Street
Unit 203
Atlanta, GA 30303

Beth Haynes
90 Fairlie Street
Unit 203
Atlanta, GA 30383

Anthony B. Sandberg, Esquire
The Sandberg Law Frim
International Tower - Suite 705
229 Peachtree Street, North East
Atlanta, GA 30303

Adam M. Goodman, Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: yarnb                 Page 1 of 1                    Date Rcvd: Sep 04, 2009
Case: 09-69160                 Form ID: pdf401             Total Noticed: 4

The following entities were noticed by first class mail on Sep 06, 2009.
db/jtdb       +Brian Thomas Crooks,   Beth Haynes,   90 Fairlie St.,   Unit 203,   Atlanta, GA 30303-2160
aty           +Anthony B Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601
11601462      +BAC Home Loans Servicing, L.P.,   fka Countrywide Home Loans Servicing, L.,
                7105 Corporate Drive,   Mail Stop PTX-C-35,   Plano, TX 75024-4100
The following entities were noticed by electronic transmission on Sep 04, 2009.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                          Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 06, 2009**                        Signature:    *Joseph Speetjens*