**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Brian Thomas Crooks**                                        CASE NUMBER.: **09−69160−reb**
                                                               CHAPTER: **13**
**Beth Haynes**                                                JUDGE: **Robert Brizendine**
                    Debtor(s),

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: Capital One PROPOSED TRANSFEROR and

Candica L.L.C. PROPOSED TRANSFEREE

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

   Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

   Dated this February 3, 2010

_M. Regina Thomas_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: blatchd              Page 1 of 1           Date Rcvd: Feb 03, 2010
Case: 09-69160                 Form ID: 428               Total Noticed: 5

The following entities were noticed by first class mail on Feb 05, 2010.
db/jtdb       +Brian Thomas Crooks,   Beth Haynes,   90 Fairlie St.,   Unit 203,   Atlanta, GA 30303-2160
aty           +Anthony B Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601
12612041      +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11763060      +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
                NORCROSS, GA 30091-5155
The following entities were noticed by electronic transmission on Feb 03, 2010.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                           Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601
cr*           +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
                                                                                           TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 05, 2010**                    Signature:   *Joseph Speetjens*