# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

In re  BRIAN THOMAS CROOKS    Case No. A09-69160-REB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Capital One Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   eCAST Settlement Corporation
   POB 35480
   Newark, NJ 07193-5480

Court Claim # (if known):  13
Amount of Claim:  $341.55
Date Claim Filed:  06/19/2009

Phone: 610-644-7800        Phone:
Last Four Digits of Acct #:  5923     Last Four Digits of Acct #:  5923
Last Four of Alternate Acct #:       Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ ALANE A. BECKET    Date:  02/15/2010

   Alane A. Becket, Esquire, PA65451
   Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CAP01501

