**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Brian Thomas Crooks**

**Beth Haynes**
            Debtor(s),

CASE NUMBER.: **09−69160−reb**
CHAPTER: **13**
JUDGE: **Robert Brizendine**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: LVNV Funding LLC PROPOSED TRANSFEROR and

PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC PROPOSED TRANSFEREE

    Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

    Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

    Dated this October 13, 2010

_M. Regina Thomas_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428