**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Brian Thomas Crooks**

**Beth Haynes**

Debtor(s),

CASE NUMBER.: **09−69160−reb**
CHAPTER: **13**
JUDGE: **Robert Brizendine**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: LVNV Funding LLC PROPOSED TRANSFEROR and

PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC PROPOSED TRANSFEREE

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

   Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

   Dated this October 13, 2010

_M. Regina Thomas_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: whitmirew              Page 1 of 1              Date Rcvd: Oct 13, 2010
Case: 09-69160                 Form ID: 428                 Total Noticed: 6

The following entities were noticed by first class mail on Oct 15, 2010.
db/jtdb       +Brian Thomas Crooks,    Beth Haynes,    90 Fairlie St.,    Unit 203,    Atlanta, GA 30303-2160
aty           +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,    Atlanta, GA 30303-1601
13633741       Portfolio Recovery Associates, LLC,    Po Box 41067,    Norfolk VA 23451
The following entities were noticed by electronic transmission on Oct 13, 2010.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                             Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,    Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
11706133       E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13635262       E-mail/Text: resurgentbknotifications@resurgent.com
                SHERMAN ACQUISITION LLC,    PO Box 10587,    Greenville SC 29603-0587
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,    Atlanta, GA 30303-1601
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2010**          Signature:  _Joseph Speetjens_