# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Brian Thomas Crooks**
90 Fairlie St.
Unit 203
Atlanta, GA 30303

**xxx–xx–2280**

**Beth Haynes**
90 Fairlie St.
Unit 203
Atlanta, GA 30383

**xxx–xx–3967**

Case No.: **09–69160–jrs**
Chapter: **13**
Judge: **James R. Sacca**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable James R. Sacca**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: October 25, 2010

Form 301