UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Brian Thomas Crooks**
90 Fairlie St.
Unit 203
Atlanta, GA 30303

**xxx−xx−2280**

**Beth Haynes**
90 Fairlie St.
Unit 203
Atlanta, GA 30383

**xxx−xx−3967**

Case No.: **09−69160−jrs**
Chapter: **13**
Judge: **James R. Sacca**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable James R. Sacca**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: October 25, 2010

Form 301

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: wigginsi              Page 1 of 2                    Date Rcvd: Oct 25, 2010
Case: 09-69160                 Form ID: 301                Total Noticed: 60

The following entities were noticed by first class mail on Oct 27, 2010.
db/jtdb       +Brian Thomas Crooks,    Beth Haynes,    90 Fairlie St.,    Unit 203,   Atlanta, GA 30303-2160
aty            A. Michelle Hart,    McCalla, Raymer, Padrick et al,    1544 Old Alabama Road,
                Roswell, GA  30076-2102
aty           +Alane A. Becket,    Becket & Lee, LLP,    16 General Warren Blvd.,    Malvern, PA 19355-1245
aty           +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,    Atlanta, GA 30303-1601
aty           +Maria A. Tsagaris,    McCalla Raymer, et al,    1544 Old Alabama Road,    Roswell, GA 30076-2102
aty           +Richard S. Ralston,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
cr            +Countrywide Home Loans Servicing, L.P.,    McCalla, Raymer, et al.,    Bankruptcy Department,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
cr            +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
11480870      +90 Fairlie Condominium Association, Inc.,    Weinstock & Scavo, P.C.,    c/o Steven M. Winter,Esq.,
                3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
11480858      +Adorno & Yoss, LLC,    Two Midtown Plaza,    1349 W. Peachtree, Ste 1500,    Atlanta, GA 30309-2929
11480860      +Allied Interstate Inc,    Gemb,    Po Box 103104,    Roswell, GA 30076-9104
11480861      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
11919849       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
11601462      +BAC Home Loans Servicing, L.P.,    fka Countrywide Home Loans Servicing, L.,
                7105 Corporate Drive,    Mail Stop PTX-C-35,    Plano, TX 75024-4100
11480863       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
12612041      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11763060      +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
                NORCROSS, GA 30091-5155
11480864      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
11480865      +Cardiology of Georgia,    P O Box 105527,    Atlanta, GA 30348-5527
11480866      +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
11480867      +Chase Na,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
11480868      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
11654668      +Dyck-O'Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
11654662      +Dyck-O'Neal, Inc.,    as Servicer for Federal National Mortgag,    PO Box 13370,
                Arlington, TX 76094-0370
11654662      +Dyck-O'Neal, Inc. as Servicer,    for Federal National Mortgage Assoc.,    PO Box 13370,
                Arlington, TX 76094-0370
11658406      +Dyck-O'Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
11521003       FDS BANK/MACYS,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
11480871      +First National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
                Las Vegas, NV 89193-8873
11480872      +Fulton County Tax Commissioner,    1113 Fulton Co. Gov. Center,    141 Pryor Street, SW,
                Atlanta, GA 30303-3444
11480874      +Green Point Savings,    Po Box 84013,    Columbus, GA 31908-4013
11480875     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    401 W. Peachtree Street,    Stop 334-D,
                Atlanta, GA 30370)
11486220     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    P. O. Box 21126,    Philadelphia PA 19114)
11480877      +Macys/fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
11480878      +NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
11784371       NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11480880     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Rc,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
                Norfolk, VA 23502)
11521812      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                NORFOLK VA 23541-1067
11480879      +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
13633741       Portfolio Recovery Associates, LLC,    Po Box 41067, Norfolk VA 23451
11480883      +Weinstock & Scavo, PC,    3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
12666070       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Oct 26, 2010.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                            Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
cr             E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 05:05:27      GE Money Bank,
                c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
11480859      +E-mail/PDF: recoverybankruptcy@afninet.com Oct 26 2010 05:55:35      Afni, Inc.,
                Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
11480862      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance,
                Po Box 2036,    Warren, MI 48090-2036
11885981      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
                assignee FIRST USA PLATINUM,    PO Box 2036,    Warren MI 48090-2036
11494623       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2010 05:55:50      DISCOVER BANK,
                DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO  43054-3025
11480869      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2010 05:55:50      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
11556613       E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 05:05:36      GE Money Bank,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11480873      +E-mail/Text: brnotices@dor.ga.gov                           Georgia Department of Revenue,
                Field Service,    PO Box 161108,    Atlanta, GA 30321-1108
```

```
District/off: 113E-9            User: wigginsi              Page 2 of 2              Date Rcvd: Oct 25, 2010
Case: 09-69160                  Form ID: 301                Total Noticed: 60

The following entities were noticed by electronic transmission (continued)
11706133     E-mail/Text: resurgentbknotifications@resurgent.com                         LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11900968     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11480876    +E-mail/Text: resurgentbknotifications@resurgent.com                         Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
11549748     E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2010 05:58:13
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11480881    +E-mail/Text: ebn@phinsolutions.com                      Rjm Acq Llc,
              575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
11824288     E-mail/PDF: BNCEmails@blinellc.com Oct 26 2010 05:57:11   Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
13635262     E-mail/Text: resurgentbknotifications@resurgent.com
              SHERMAN ACQUISITION LLC,   PO Box 10587,   Greenville SC 29603-0587
11486221    +E-mail/Text: usagan.bk@usdoj.gov                      U. S. Attorney,
              600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta GA 30303-3315
11480882    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 26 2010 05:44:51     Verizon Wireless,
              Po Box 3397,   Bloomington, IL 61702-3397
11965238    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 26 2010 05:44:51     Verizon Wireless South,
              PO Box 3397,   Bloomington, Il 61702-3397
                                                                                            TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
              229 Peachtree Street, NE,   Atlanta, GA 30303-1601
cr*         +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
cr*          ECAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
11888586*   +Asset Acceptance LLC,   PO Box 2036,   Warren MI 48090-2036
                                                                                 TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 27, 2010**                    Signature: _Joseph Speetjens_