**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

| | |
|---|---|
| IN THE MATTER OF<br>**Brian Thomas Crooks**<br><br>**Beth Haynes**<br>　　　　　　　Debtor(s), | CASE NUMBER.: **09−69160−jrs**<br>CHAPTER: **13**<br>JUDGE: **James R. Sacca** |

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: LVNV Funding LLC PROPOSED TRANSFEROR and

Portfolio Recovery Associates, LLC PROPOSED TRANSFEREE

　　Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

　　Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

　　Dated this November 4, 2010

_M. Regina Thomas (signature)_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-9            User: blatchd                 Page 1 of 1                  Date Rcvd: Nov 04, 2010
Case: 09-69160                  Form ID: 428                  Total Noticed: 9

The following entities were noticed by first class mail on Nov 06, 2010.
db/jtdb       +Brian Thomas Crooks,    Beth Haynes,    90 Fairlie St.,    Unit 203,    Atlanta, GA 30303-2160
aty           +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,    Atlanta, GA 30303-1601
11480880     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Rc,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
                Norfolk, VA 23502)
11521812      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                NORFOLK VA 23541-1067
13633741       Portfolio Recovery Associates, LLC,    Po Box 41067, Norfolk VA 23451

The following entities were noticed by electronic transmission on Nov 04, 2010.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                            Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
11706133       E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11900968       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11480876      +E-mail/Text: resurgentbknotifications@resurgent.com                          Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,    Atlanta, GA 30303-1601
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2010**                           Signature:  *Joseph Speetjens*