UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks   & | ) | CHAPTER 13 |
| Beth Haynes | ) | |
| Debtor. | ) | CASE NO. 09-69160-jrs |
| | ) | |
| | ) | JUDGE JAMES R. SACCA |

DEBTOR'S NOTICE OF CHANGE OF ADDRESS

COMES NOW THE  Debtor in the above style case and shows  the court his/her new

address as follows:

Brian Thomas Crooks & Beth Haynes
26 Whitebark Lane
Bluffton, SC 29909

THIS CHANGE OF ADDRESS WAS FURNISHED BY:  The Sandberg Law Firm, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks   & | ) | CHAPTER 13 |
| Beth Haynes | ) | |
| Debtor. | ) | CASE NO. 09-69160-jrs |
| | ) | |
| | ) | JUDGE JAMES R. SACCA |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Request For Change Of Address filed in this bankruptcy case upon the following by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage affixed thereto.

**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

This Monday, March 14, 2011.

By: _____     /s/
        Kristopher Key, Clerk
        The Sandberg Law Firm, LLC
        229 Peachtree Street
        International Tower, Suite 705
        Atlanta, GA 30303
        (404) 827-9799