**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Brian Thomas Crooks, | ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes, | ) | |
| | ) | |
| Debtors. | ) | CHAPTER: **13** |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE**
**AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on May 25, 2011. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**    Clerk, United States Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 26 Whitebark Lane Bluffton, SC 29909.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed the Court will hold a hearing on the modification on **June 30, 2011** at **10:15 AM in Courtroom 1404**, US Courthouse, 75 Spring Street, Atlanta, GA.  **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated:  Wednesday, May 25, 2011


By:         Bebe Baxter                    /s/
            Bebe Baxter
            Attorney for Debtor
            GA Bar # 512038
            229 Peachtree Street
            International Tower, Suite 705
            Atlanta, GA 30303
            (404) 827-9799

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN THE MATTER OF:  ) | |
| Brian Thomas Crooks,  ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes,  ) | |
|   ) | |
| Debtors.  ) | CHAPTER: **13** |

**POST MODIFICATION PLAN AND REQUEST FOR ITS APPROVAL**

Brian Thomas Crooks and Beth Haynes, Debtors, propose to modify the confirmed Chapter 13 Plan in this case as set forth below and request that this modification be approved.

Debtors, hereby modify this Chapter 13 which the Court confirmed on June 18, 2009, as follows:

1.

Paragraph 2 is amended to **delete** the following:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$521.00** per **month** to Trustee by [ ] Payroll Deduction(s) or by [ X ] Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. § 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

____ If checked, Plan payments will increase by $_____ on _____, 20__ upon completion or termination of _____.

2.

Paragraph 2 is amended to **add** the following:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$585.00** per **month** to Trustee by [ ] Payroll Deduction(s) or by [ X ] Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. § 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan

paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

___ If checked, Plan payments will increase by $_____ on _____, 20__ upon completion or termination of _____.

Increase in Debtors' plan payment shall not increase the base balance owed in Debtors' Chapter 13 case.

Dated: Wednesday, May 25, 2011

        Respectfully submitted,
        The Sandberg Law Firm

        By:_____Bebe Baxter_____/s/_____
            Bebe Baxter
            Attorney for Debtor
            GA Bar # 512038
            229 Peachtree Street
            International Tower, Suite 705
            Atlanta, GA 30303
            (404) 827-9799

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Brian Thomas Crooks, | ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes, | ) | |
| | ) | |
| Debtors. | ) | CHAPTER: **13** |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____/s/___

Brian Thomas Crooks

_____/s/___

Beth Haynes

May 25, 2011
Date

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Brian Thomas Crooks, | ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes, | ) | |
| | ) | |
| Debtors. | ) | CHAPTER: **13** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within Debtors' Amendment to Chapter 13 Schedules, Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. Section 159) filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

| | | |
|---|---|---|
| **Adam Goodman**<br>**Chapter 13 Trustee**<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303 | **Debtor:**<br>Brian Thomas Crooks<br>26 Whitebark Lane<br>Bluffton, SC 29909 | **Co-Debtor:**<br>Beth Haynes<br>26 Whitebark Lane<br>Bluffton, SC 29909 |
| Creditors:<br>Adorno & Yoss, LLC<br>Two Midtown Plaza<br>1349 W. Peachtree, Ste 1500<br>Atlanta, GA 30309 | Afni, Inc.<br>Attn: DP Recovery Support<br>Po Box 3427<br>Bloomington, IL 61702 | Allied Interstate Inc<br>Gemb<br>Po Box 103104<br>Roswell, GA 90076 |
| American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Cardiology of Georgia<br>P O Box 105527<br>Atlanta, GA 30348 | Chase<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 |
| Chase Na<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 |
| Fairlile Condo Assoc., Inc | First National Bank of Marin/Credit | Fulton County Tax Commissioner |

| | | |
|---|---|---|
| 3405 Piedmont Road<br>Suite 300<br>Atlanta, GA 30305 | One<br>Customer Service<br>Po Box 98873<br>Las Vegas, NV 89193 | 1113 Fulton Co. Gov. Center<br>141 Pryor Street, SW<br>Atlanta, GA 30303 |
| Georgia Department of Revenue<br>Field Service<br>PO Box 161108<br>Atlanta, GA 30321 | Green Point Savings<br>Po Box 84013<br>Columbus, GA 31908 | Internal Revenue Service<br>401 W. Peachtree Street<br>Stop 334-D<br>Atlanta, GA 30370 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | Macys/fdsb<br>9111 Duke Blvd<br>Mason, OH 45040 | NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 |
| Pinnacle Credit Serivc<br>Po Box 640<br>Hopkins, MN 55343 | Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 |
| Verizon Wireless<br>Po Box 3397<br>Bloomington, IL 61702 | Weinstock & Scavo, PC<br>3405 Piedmont Road, Suite 300<br>Atlanta, GA 30305 | |

Dated: Wednesday, May 25, 2011

_____/s/
The Sandberg Law Firm, LLC
Kristopher Key, Clerk
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404)827-9799