**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| Brian Thomas Crooks, ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes, ) | |
| ) | |
| Debtors. ) | CHAPTER: **13** |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE**
**AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on May 25, 2011. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 26 Whitebark Lane Bluffton, SC 29909.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed the Court will hold a hearing on the modification on **June 30, 2011** at **10:15 AM in Courtroom 1404**, US Courthouse, 75 Spring Street, Atlanta, GA.  **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated:  Wednesday, May 25, 2011

By:     Bebe Baxter           /s/
        Bebe Baxter
        Attorney for Debtor
        GA Bar # 512038
        229 Peachtree Street
        International Tower, Suite 705
        Atlanta, GA 30303
        (404) 827-9799

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| Brian Thomas Crooks, ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes, ) | |
| ) | |
| Debtors. ) | CHAPTER: **13** |

**POST MODIFICATION PLAN AND REQUEST FOR ITS APPROVAL**

Brian Thomas Crooks and Beth Haynes, Debtors, propose to modify the confirmed Chapter 13 Plan in this case as set forth below and request that this modification be approved.

Debtors, hereby modify this Chapter 13 which the Court confirmed on June 18, 2009, as follows:

1.

Paragraph 2 is amended to **delete** the following:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$521.00** per **month** to Trustee by [ ] Payroll Deduction(s) or by [ X ] Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. § 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

\_\_\_ If checked, Plan payments will increase by $_____ on _____, 20\_\_ upon completion or termination of _____.

2.

Paragraph 2 is amended to **add** the following:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$585.00** per **month** to Trustee by [ ] Payroll Deduction(s) or by [ X ] Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. § 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan

paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

___ If checked, Plan payments will increase by $_____ on _____, 20__ upon completion or termination of _____.

Increase in Debtors' plan payment shall not increase the base balance owed in Debtors' Chapter 13 case.

Dated: Wednesday, May 25, 2011

          Respectfully submitted,
          The Sandberg Law Firm

          By:     Bebe Baxter         /s/
                Bebe Baxter
                Attorney for Debtor
                GA Bar # 512038
                229 Peachtree Street
                International Tower, Suite 705
                Atlanta, GA 30303
                (404) 827-9799

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| Brian Thomas Crooks, ) | CASE NO.: **09-69160-JRS** |
| Beth Haynes, ) | |
| ) | |
| Debtors. ) | CHAPTER: **13** |

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____ /s/
Brian Thomas Crooks

_____ /s/
Beth Haynes

May 25, 2011
Date

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: ) | | |
| Brian Thomas Crooks, ) | | CASE NO.: **09-69160-JRS** |
| Beth Haynes, ) | | |
| ) | | |
| Debtors. ) | | CHAPTER: **13** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within Debtors' Amendment to Chapter 13 Schedules, Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. Section 159) filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

| | | |
|---|---|---|
| **Adam Goodman**<br>**Chapter 13 Trustee**<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303 | **Debtor:**<br>Brian Thomas Crooks<br>26 Whitebark Lane<br>Bluffton, SC 29909 | **Co-Debtor:**<br>Beth Haynes<br>26 Whitebark Lane<br>Bluffton, SC 29909 |
| Creditors:<br>Adorno & Yoss, LLC<br>Two Midtown Plaza<br>1349 W. Peachtree, Ste 1500<br>Atlanta, GA 30309 | Afni, Inc.<br>Attn: DP Recovery Support<br>Po Box 3427<br>Bloomington, IL 61702 | Allied Interstate Inc<br>Gemb<br>Po Box 103104<br>Roswell, GA 90076 |
| American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Cardiology of Georgia<br>P O Box 105527<br>Atlanta, GA 30348 | Chase<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 |
| Chase Na<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 |
| Fairlile Condo Assoc., Inc | First National Bank of Marin/Credit | Fulton County Tax Commissioner |

| | | |
|---|---|---|
| 3405 Piedmont Road<br>Suite 300<br>Atlanta, GA 30305 | One<br>Customer Service<br>Po Box 98873<br>Las Vegas, NV 89193 | 1113 Fulton Co. Gov. Center<br>141 Pryor Street, SW<br>Atlanta, GA 30303 |
| Georgia Department of Revenue<br>Field Service<br>PO Box 161108<br>Atlanta, GA 30321 | Green Point Savings<br>Po Box 84013<br>Columbus, GA 31908 | Internal Revenue Service<br>401 W. Peachtree Street<br>Stop 334-D<br>Atlanta, GA 30370 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | Macys/fdsb<br>9111 Duke Blvd<br>Mason, OH 45040 | NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 |
| Pinnacle Credit Serivc<br>Po Box 640<br>Hopkins, MN 55343 | Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 |
| Verizon Wireless<br>Po Box 3397<br>Bloomington, IL 61702 | Weinstock & Scavo, PC<br>3405 Piedmont Road, Suite 300<br>Atlanta, GA 30305 | |

Dated: Wednesday, May 25, 2011

/s/
The Sandberg Law Firm, LLC
Kristopher Key, Clerk
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404)827-9799

```
                            United States Bankruptcy Court
                             Northern District of Georgia
In re:                                                                  Case No. 09-69160-jrs
Brian Thomas Crooks                                                     Chapter 13
Beth Haynes
         Debtors              CERTIFICATE OF NOTICE
District/off: 113E-9          User: Hallc                   Page 1 of 2                   Date Rcvd: May 26, 2011
                              Form ID: pdf589a              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2011.
 aty          A. Michelle Hart,    McCalla, Raymer, Padrick et al,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
 aty         +Alane A. Becket,    Becket & Lee, LLP,    16 General Warren Blvd.,    Malvern, PA 19355-1245
 aty         +Maria A. Tsagaris,    McCalla Raymer, et al,    1544 Old Alabama Road,    Roswell, GA 30076-2102
 aty         +Richard S. Ralston,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
 cr          +Countrywide Home Loans Servicing, L.P.,    McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
 cr          +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
11480870     +90 Fairlie Condominium Association, Inc.,    Weinstock & Scavo, P.C.,    c/o Steven M. Winter,Esq.,
               3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
11480858     +Adorno & Yoss, LLC,    Two Midtown Plaza,    1349 W. Peachtree, Ste 1500,    Atlanta, GA 30309-2929
11480860     +Allied Interstate Inc,    Gemb,    Po Box 103104,    Roswell, GA 30076-9104
11480861     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
11919849      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11601462     +BAC Home Loans Servicing, L.P.,    fka Countrywide Home Loans Servicing, L.,
               7105 Corporate Drive,    Mail Stop PTX-C-35,    Plano, TX 75024-4100
11480863      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
12612041     +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11763060    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA  30091)
11480864    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
11480865     +Cardiology of Georgia,    P O Box 105527,    Atlanta, GA 30348-5527
11480866     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
11480867     +Chase Na,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
11480868     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
11654668     +Dyck-O’Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
11654662     +Dyck-O’Neal, Inc.,    as Servicer for Federal National Mortgag,    PO Box 13370,
               Arlington, TX 76094-0370
11654662     +Dyck-O’Neal, Inc. as Servicer,    for Federal National Mortgage Assoc.,    PO Box 13370,
               Arlington, TX 76094-0370
11658406     +Dyck-O’Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
11521003      FDS BANK/MACYS,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
11480871     +First National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
               Las Vegas, NV 89193-8873
11480872     +Fulton County Tax Commissioner,    1113 Fulton Co. Gov. Center,    141 Pryor Street, SW,
               Atlanta, GA 30303-3444
11480874     +Green Point Savings,    Po Box 84013,    Columbus, GA 31908-4013
11480875    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    401 W. Peachtree Street,    Stop 334-D,
               Atlanta, GA 30370)
11486220    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    P. O. Box 21126,    Philadelphia PA 19114)
11480877     +Macys/fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
11480878     +NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
11784371      NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11480880    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
               Norfolk, VA 23502)
11521812     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
               NORFOLK VA 23541-1067
11480879     +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
13633741      Portfolio Recovery Associates, LLC,    Po Box 41067, Norfolk VA 23451
11480881     +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
11480883     +Weinstock & Scavo, PC,    3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
12666070      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 tr           +E-mail/Text: bnc@13trusteeatlanta.com May 26 2011 21:14:01      Adam M. Goodman,
               Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
 cr            E-mail/PDF: gecsedi@recoverycorp.com May 26 2011 22:55:47      GE Money Bank,
               c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
11480859     +E-mail/PDF: recoverybankruptcy@afninet.com May 26 2011 22:55:08      Afni, Inc.,
               Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
```

```
District/off: 113E-9          User: Hallc            Page 2 of 2           Date Rcvd: May 26, 2011
                              Form ID: pdf589a       Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11480862     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 26 2011 21:28:12      Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
11885981     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 26 2011 21:28:12      Asset Acceptance LLC,
               assignee FIRST USA PLATINUM,   PO Box 2036,   Warren MI 48090-2036
11494623      E-mail/PDF: mrdiscen@discoverfinancial.com May 26 2011 22:55:35      DISCOVER BANK,
               DFS SERVICES LLC,   PO BOX 3025,   NEW ALBANY, OHIO  43054-3025
11480869     +E-mail/PDF: mrdiscen@discoverfinancial.com May 26 2011 22:55:35      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
11556613      E-mail/PDF: gecsedi@recoverycorp.com May 26 2011 22:55:47      GE Money Bank,
               c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11480873      E-mail/Text: brnotices@dor.ga.gov May 26 2011 21:30:21      Georgia Department of Revenue,
               Field Service,   PO Box 161108,   Atlanta, GA 30321
11706133      E-mail/Text: resurgentbknotifications@resurgent.com May 26 2011 21:27:34      LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11900968      E-mail/Text: resurgentbknotifications@resurgent.com May 26 2011 21:27:34
               LVNV Funding LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11480876     +E-mail/Text: resurgentbknotifications@resurgent.com May 26 2011 21:27:34      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
11549748      E-mail/PDF: rmscedi@recoverycorp.com May 26 2011 22:55:47
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11824288      E-mail/PDF: BNCEmails@blinellc.com May 27 2011 01:27:03      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
13635262      E-mail/Text: resurgentbknotifications@resurgent.com May 26 2011 21:27:34
               SHERMAN ACQUISITION LLC,   PO Box 10587,   Greenville SC 29603-0587
11486221     +E-mail/Text: usagan.bk@usdoj.gov May 26 2011 21:30:48      U. S. Attorney,
               600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta GA 30303-3315
11480882     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 26 2011 22:55:09      Verizon Wireless,
               Po Box 3397,   Bloomington, IL 61702-3397
11965238     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 26 2011 22:55:09      Verizon Wireless South,
               PO Box 3397,   Bloomington, Il 61702-3397
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
cr*          ECAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
11888586*   +Asset Acceptance LLC,   PO Box 2036,   Warren MI 48090-2036
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 28, 2011**                    Signature:   *Joseph Speetjens*