# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Brian Thomas Crooks, | ) | |
| Beth Haynes, | ) | |
| | ) | CASE NO. 09-69160-jrs |
| Debtors. | ) | |

## WITHDRAWAL OF DOCKET NUMBER 45

COME NOW, Debtors, by and through counsel, and hereby withdraw Docket Number 45, Post Confirmation Modification of Debtors' Chapter 13 Plan filed in this case on May 25, 2011.

Dated: Thursday, June 02, 2011

    Bebe Baxter    /s/
Bebe Baxter, Attorney for Debtor
GA Bar 512038
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Brian Thomas Crooks, | ) | |
| Beth Haynes, | ) | |
| | ) | CASE NO. 09-69160-jrs |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am more than eighteen years of age, and that on this day I served a copy of the within "Withdrawal of Docket Number 45" filed in this Bankruptcy Case upon the following by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

| | | |
|---|---|---|
| **Adam Goodman**<br>**Chapter 13 Trustee**<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303 | **Debtor:**<br>Brian Thomas Crooks<br>26 Whitebark Lane<br>Bluffton, SC 29909 | **Co-Debtor:**<br>Beth Haynes<br>26 Whitebark Lane<br>Bluffton, SC 29909 |
| Creditors:<br>Adorno & Yoss, LLC<br>Two Midtown Plaza<br>1349 W. Peachtree, Ste 1500<br>Atlanta, GA 30309 | Afni, Inc.<br>Attn: DP Recovery Support<br>Po Box 3427<br>Bloomington, IL 61702 | Allied Interstate Inc<br>Gemb<br>Po Box 103104<br>Roswell, GA 90076 |
| American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Cardiology of Georgia<br>P O Box 105527<br>Atlanta, GA 30348 | Chase<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 |
| Chase Na<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 | Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 |

| | | |
|---|---|---|
| Fairlile Condo Assoc., Inc<br>3405 Piedmont Road<br>Suite 300<br>Atlanta, GA 30305 | First National Bank of Marin/Credit One<br>Customer Service<br>Po Box 98873<br>Las Vegas, NV 89193 | Fulton County Tax Commissioner<br>1113 Fulton Co. Gov. Center<br>141 Pryor Street, SW<br>Atlanta, GA 30303 |
| Georgia Department of Revenue<br>Field Service<br>PO Box 161108<br>Atlanta, GA 30321 | Green Point Savings<br>Po Box 84013<br>Columbus, GA 31908 | Internal Revenue Service<br>401 W. Peachtree Street<br>Stop 334-D<br>Atlanta, GA 30370 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | Macys/fdsb<br>9111 Duke Blvd<br>Mason, OH 45040 | NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 |
| Pinnacle Credit Serivc<br>Po Box 640<br>Hopkins, MN 55343 | Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 |
| Verizon Wireless<br>Po Box 3397<br>Bloomington, IL 61702 | Weinstock & Scavo, PC<br>3405 Piedmont Road, Suite 300<br>Atlanta, GA 30305 | |

Dated: Thursday, June 02, 2011

_____/s/
The Sandberg Law Firm
Kris Key, Clerk
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799