B 210A (Form 210A) (12/09)                                                                                                   037

# United States Bankruptcy Court

___Northern___ District Of ___Georgia___

In re **BRIAN CROOKS**,                                                   Case No. **09-69160**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JEFFERSON CAPITAL SYSTEMS LLC** | **RJM ACQUISITIONS, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617**

Court Claim # (if known): **6**
Amount of Claim: **$84.14**
Date Claim Filed: **4/20/2009**

Phone: **800-928-7314**
Last Four Digits of Acct #: **5703**

Phone: **800-541-0824 EXT:**
Last Four Digits of Acct #: **5703**

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185**
Phone: **800-928-7314**
Last Four Digits of Acct #: **5703**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Amy Payment  (Manager)___                    Date: **07/21/2011**
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT H
## WAIVER OF NOTICE OF TRANSFER OF CLAIM

RJM Acquisitions LLC ("Transferor") is a limited liability company organized under the laws of New York with an office at 575 Underhill Boulevard, Suite 224, Syosset, New York 11791. Transferor has sold and assigned certain claims to JEFFERSON CAPITAL SYSTEMS, LLC ("Transferee"). Transferee is a corporation organized under the laws of the State of Georgia maintaining a place of business at 245 PERIMETER CENTER, SUITE 600 ATLANTA, GA 30346. Said claims arise under consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing a Chapter 7 or 13 Proceeding under the United States Bankruptcy Code.

Proof of Claims with respect to the Accounts may have been filed under any of the following names:

1: RJM Acquisitions LLC

2: RJM Acquisitions Funding LLC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim filed by the Transferee pursuant to Federal Rule of Bankruptcy Proceedings 3001 (e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this waiver under its corporate seal by and through its duly authorized officer this 30th of June, 2011.

RJM Acquisitions LLC, Transferor

By: _____
Name:        Scott Matte
Title:         Manager