**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

| | |
|---|---|
| IN THE MATTER OF<br>**Brian Thomas Crooks**<br><br>**Beth Haynes**<br>　　　　　　　Debtor(s), | CASE NUMBER.: **09−69160−jrs**<br>CHAPTER: **13**<br>JUDGE: **James R. Sacca** |

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: RJM Acquisitions, LLC PROPOSED TRANSFEROR and

Jefferson Capital Systems LLC PROPOSED TRANSFEREE

　　Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

　　Objections to this transfer, if any must be filed with the

　　　　　　　Clerk, U. S. Bankruptcy Court
　　　　　　　1340 Russell Federal Building
　　　　　　　75 Spring Street, SW
　　　　　　　Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

　　Dated this July 22, 2011

_____

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

```
                           United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                                   Case No. 09-69160-jrs
Brian Thomas Crooks                                                      Chapter 13
Beth Haynes
           Debtors                   CERTIFICATE OF NOTICE
District/off: 113E-9           User: Hallc                  Page 1 of 1                  Date Rcvd: Jul 22, 2011
                               Form ID: 428                 Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2011.
db/jtdb       +Brian Thomas Crooks,    Beth Haynes,    26 Whitebark Lane,    Bluffton, SC 29909-6064
aty           +Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,    Atlanta, GA 30303-1601
14739562      +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302-7999
11480881      +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: bnc@13trusteeatlanta.com Jul 22 2011 21:22:46      Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Anthony B. Sandberg,   The Sandberg Law Firm,    International Tower - Suite 705,
                229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2011                    Signature:    _Joseph Speetjens_