**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Brian Thomas Crooks**

**Beth Haynes**
           Debtor(s),

CASE NUMBER.: **09−69160−jrs**
CHAPTER: **13**
JUDGE: **James R. Sacca**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO:Roundup Funding, LLC PROPOSED TRANSFEROR and

East Bay Funding PROPOSED TRANSFEREE

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

   Objections to this transfer, if any must be filed with the

        Clerk, U. S. Bankruptcy Court
        1340 Russell Federal Building
        75 Spring Street, SW
        Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

   Dated this November 29, 2011

_M. Regina Thomas (signature)_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

```
                        United States Bankruptcy Court
                        Northern District of Georgia

In re:                                                    Case No. 09-69160-jrs
Brian Thomas Crooks                                       Chapter 13
Beth Haynes
         Debtors              CERTIFICATE OF NOTICE

District/off: 113E-9          User: Hallc              Page 1 of 2        Date Rcvd: Nov 29, 2011
                              Form ID: 428             Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2011.
db/jtdb     +Brian Thomas Crooks,   Beth Haynes,   26 Whitebark Lane,   Bluffton, SC 29909-6064
aty         +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
              229 Peachtree Street, NE,   Atlanta, GA 30303-1601
15237062    +East Bay Funding,   c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: bnc@13trusteeatlanta.com Nov 29 2011 23:31:28     Adam M. Goodman,
              Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
11824288     E-mail/PDF: BNCEmails@blinellc.com Nov 30 2011 01:04:50      Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
              229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                     Signature:  _Joseph Speetjens_

Case 09-69160-jrs    Doc 53    Filed 12/01/11    Entered 12/02/11 02:33:02    Desc Imaged
Certificate of Notice    Page 3 of 3

```
District/off: 113E-9          User: Hallc                Page 2 of 2             Date Rcvd: Nov 29, 2011
                              Form ID: 428               Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2011 at the address(es) listed below:
          A. Michelle Hart Ippoliti    on behalf of Creditor   Countrywide Home Loans Servicing, L.P.
           bkmail@prommis.com
          Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
          Alane A. Becket    on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com
          Anthony B. Sandberg    on behalf of Debtor Brian Crooks
           igotnotice@sandberglawfirm.com;sandberglawfirmllc@gmail.com
          Maria A. Tsagaris    on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home
           Loans Servicing, L.P. BkMail@prommis.com
          Richard S. Ralston    on behalf of Creditor   CANDICA L.L.C. chapter-13@w-legal.com,
           angelan@w-legal.com
                                                                                                              TOTAL: 6