IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 90 FAIRLIE CONDOMINIUM ASSOCIATION, INC., Plaintiff, <br><br> v. <br><br> BRIAN THOMAS CROOKS <br> BETH HAYNES <br> Defendants. | CHAPTER 13 BANKRUPTCY <br><br> CASE NO. 09-69160 |

## ENTRY OF APPEARANCE

COMES NOW, Sarah E. Pritchard of the law firm of Lazega & Johanson LLC and makes this Entry of Appearance on behalf of 90 FairlieCondominium Association, Inc., Plaintiff in the above-styled action. All future notices, correspondence, pleadings or other documentation should be sent to:

Sarah E. Pritchard, Esq.
Lazega & Johanson LLC
3520 Piedmont Road, NE, Suite 415
Atlanta, Georgia 30305
(404) 350-1192

This 17th day of January, 2012.

Respectfully Submitted,

LAZEGA & JOHANSON LLC

*Sarah E. Pritchard*
Sarah E. Pritchard
Georgia Bar No. 768914
Attorneys for Plaintiff

3520 Piedmont Road, NE, Suite 415
Atlanta, Georgia 30305
(404) 350-1192
1421.103

-2-

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **ENTRY OF APPEARANCE** upon all parties in this matter, by depositing a copy of same in the United States mail, with adequate postage thereon, and addressed as follows:

**Anthony B. Sandberg**
The Sandberg Law Firm
International Tower - Suite 705
229 Peachtree Street, NE
Atlanta, GA 30303

This 17th day of January, 2012.

Sarah E. Pritchard
Georgia Bar No. 768914

LAZEGA & JOHANSON LLC
3520 Piedmont Road, NE, Suite 415
Atlanta, Georgia 30305
(404) 350-1192

1421.103