UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks | ) | CHAPTER 13 |
| Beth Haynes | ) | |
| Debtor. | ) | CASE NO. 09-69160-jrs |
| | ) | |
| | ) | JUDGE JAMES R. SACCA |

DEBTOR'S NOTICE OF CHANGE OF ADDRESS

COMES NOW THE Debtor in the above style case and shows the court his/her new address as follows:

> Brian Thomas Crooks &
> Beth Haynes
> 110 General Drayton Street
> Bluffton, SC 29909

Tuesday, March 27, 2012

THIS CHANGE OF ADDRESS WAS FURNISHED BY: _____/s/_____
Tony Sandberg Attorney for Debtor
GA Bar No. 625210
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks | ) | CHAPTER 13 |
| Beth Haynes | ) | |
| Debtor. | ) | CASE NO. 09-69160-jrs |
| | ) | |
| | ) | JUDGE JAMES R. SACCA |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Request For Change Of Address filed in this bankruptcy case upon the following by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage affixed thereto.

**Adam Goodman**
**Chapter 13 Trustee**
Suite 200
260 Peachtree Street
Atlanta, GA 30303

This Tuesday, March 27, 2012.

By: _____/s/
Tony Sandberg Attorney for Debtor
GA Bar No. 625210
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799