B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re  Brian Thomas Crooks and Beth Haynes  ,                        Case No.  1:09-bk-69160

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Vantium Capital, Inc. | Dyck-O'Neal, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Vantium Capital, Inc. – 7880 Bent Branch Dr., Suite 150, Irving, TX 75063

Court Claim # (if known):   10
Amount of Claim:   $4,624.58
Date Claim Filed:   05/27/2009

Phone:  469-941-6414
Last Four Digits of Acct #:   5672

Phone:  800-447-2481
Last Four Digits of Acct. #:   7125

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Phillip Livingston                            Date:  05/14/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.