**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Brian Thomas Crooks**                                             CASE NUMBER.: **09−69160−jrs**
                                                                   CHAPTER: **13**
**Beth Haynes**                                                    JUDGE: **James R. Sacca**
                       Debtor(s),

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO:Dyck−O'Neal, Inc. PROPOSED TRANSFEROR and

Vantium Capital, Inc. PROPOSED TRANSFEREE

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

   Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

   Dated this May 15, 2012

*[signature]*

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

```
                        United States Bankruptcy Court
                         Northern District of Georgia
In re:                                                   Case No. 09-69160-jrs
Brian Thomas Crooks                                      Chapter 13
Beth Haynes
        Debtors               CERTIFICATE OF NOTICE
District/off: 113E-9          User: holmesy             Page 1 of 2             Date Rcvd: May 15, 2012
                              Form ID: 428              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2012.
db/jtdb    +Brian Thomas Crooks,   Beth Haynes,   110 General Drayton Street,   Bluffton, SC 29909-4407
aty        +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
             229 Peachtree Street, NE,   Atlanta, GA 30303-1601
cr         +Vantium Capital, Inc.,   7880 Bent Branch,   Irving, TX 75063-6045
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: bnc@13trusteeatlanta.com May 16 2012 03:19:06    Adam M. Goodman,
             Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
11654668   +E-mail/Text: lweidhaas@dyckoneal.com May 16 2012 04:43:30    Dyck-O'Neal, Inc.,   PO Box 13370,
             Arlington, TX 76094-0370
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
             229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2012**                    **Signature:**       _Joseph Speetjens_

Case 09-69160-jrs   Doc 58   Filed 05/17/12   Entered 05/18/12 02:07:25   Desc Imaged
Certificate of Notice   Page 3 of 3

```
District/off: 113E-9          User: holmesy               Page 2 of 2                  Date Rcvd: May 15, 2012
                              Form ID: 428                Total Noticed: 5


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2012 at the address(es) listed below:
              A. Michelle Hart Ippoliti    on behalf of Creditor   Countrywide Home Loans Servicing, L.P.
               bkmail@prommis.com
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Alane A. Becket    on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com
              Anthony B. Sandberg    on behalf of Debtor Brian Crooks
               igotnotice@sandberglawfirm.com;sandberglawfirmllc@gmail.com
              Derek W. Johanson    on behalf of Creditor   90 Fairlie Condominium Association, Inc.
               derekj@condoandhoalaw.com,    tiah@condoandhoalaw.com
              Maria A. Tsagaris    on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home
               Loans Servicing, L.P. BkMail@prommis.com
              Richard S. Ralston    on behalf of Creditor   CANDICA L.L.C. chapter-13@w-legal.com
              Vantium Capital, Inc.    phillip.livingston@srg-i.com,    recovery.support@srg-i.com
                                                                                             TOTAL: 8
```

Case 09-69160-jrs   Doc 58   Filed 05/17/12   Entered 05/18/12 02:07:25   Desc Imaged
Certificate of Notice   Page 3 of 3