UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
| Brian Thomas Crooks & ) | CASE NO.: 09-69160-jrs | |
| Beth Haynes ) | | |
| ) | | |
| Debtor(s). ) | | |
| ) | CHAPTER 13 | |

### NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307 (a)

Under section 1307(a) of the Bankruptcy Code, Debtor is entitled to convert this Chapter 13 case to a case under a Chapter 7 at any time, and Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

WHEREFORE, Debtor, pursuant to Rule 1017(f)(3) of the Federal Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,
The Sandberg Law Firm

_____ /s/
Tony Sandberg
Attorney for Debtor(s)
GA Bar No. 625210
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303-3748
(404) 827-9799
thesandberglawfirm@yahoo.com

Approved:

_____ /s/
Brian Thomas Crooks

_____ /s/
Beth Haynes

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>Brian Thomas Crooks &<br>Beth Haynes<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 09-69160-jrs<br><br><br><br>CHAPTER 13 |

－－

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within

Notice of Conversion of Case to Chapter 7 Under Section 1307(a) filed in this bankruptcy case upon

the following by depositing a copy of same in U.S. Mail with sufficient postage affixed.

| | | |
|---|---|---|
| Adam Goodman<br>260 Peachtree Street, N.W.<br>Suite 200<br>Atlanta, GA  30303 | Debtor:<br>Brian Thomas Crooks<br>Beth Haynes<br>110 General Drayton Street<br>Bluffton, SC 29909 | Creditors:<br>Internal Revenue Service<br>401 West Peachtree Street, NW<br>Stop 334-D<br>Atlanta, GA 30308-3539<br>Attn: Bankruptcy Specialist |
| Adorno & Yoss, LLC<br>Two Midtown Plaza<br>1349 W. Peachtree, Ste 1500<br>Atlanta, GA 30309 | Afni, Inc.<br>Attn: DP Recovery Support<br>Po Box 3427<br>Bloomington, IL 61702 | Allied Interstate Inc<br>Gemb<br>Po Box 103104<br>Roswell, GA 90076 |
| American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt<br>Management<br>Po Box 5155<br>Norcross, GA 30091 | Cardiology of Georgia<br>P O Box 105527<br>Atlanta, GA 30348 | Chase<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 |
| Chase Na<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 | Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 |

Fairlile Condo Assoc., Inc
3405 Piedmont Road
Suite 300
Atlanta, GA 30305

First National Bank of
Marin/Credit One
Customer Service
Po Box 98873
Las Vegas, NV 89193

Fulton County Tax Commissioner
1113 Fulton Co. Gov. Center
141 Pryor Street, SW
Atlanta, GA 30303

Green Point Savings
Po Box 84013
Columbus, GA 31908

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Macys/fdsb
9111 Duke Blvd
Mason, OH 45040

NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044

Pinnacle Credit Serivc
Po Box 640
Hopkins, MN 55343

Portfolio Rc
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791

Verizon Wireless
Po Box 3397
Bloomington, IL 61702

Weinstock & Scavo, PC
3405 Piedmont Road, Suite 300
Atlanta, GA 30305

Dated: Tuesday, July 17, 2012

By: _____ /s/
Tony Sandberg
Attorney for Debtor(s)
GA Bar No.
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303-3748
(404) 827-9799
thesandberglawfirm@yahoo.com