| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| S77 | 000334 | XHY044 | X 50X | 0000260115 | 1 |

# Earnings Statement

**ADP**

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Period Ending: 06/22/2012
Pay Date: 06/29/2012

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   1
  SC:        1

00000000115
BETH HAYNES
110 GENERAL DRAYTON STREET
BLUFFTON SC 29909

Social Security Number: XXX-XX-3967

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Severance | | 80.00 | 1,971.16 | |
| Regular | | | | 23,653.92 |
| Vacation | | | | 1,971.16 |
| **Gross Pay** | | | **$1,971.16** | 15,769.28 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -193.56 | | 1,350.96 |
| Social Security Tax | -82.79 | | 607.02 |
| Medicare Tax | -28.58 | | 209.57 |
| SC State Income Tax | -113.25 | | 813.84 |
| **Other** | | | |
| Checking 1 | -1,552.98 | | |
| Dental | | | 115.02 |
| Medical | | | 864.00 |
| Medical Fsa | | | 300.00 |
| Vision | | | 37.44 |
| **Net Pay** | | | **$0.00** |

Your federal taxable wages this period are $1,971.16

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Advice number: 00000260115
Pay date: 06/29/2012

Deposited to the account of
BETH HAYNES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3845 | xxxx xxxx | $1,552.98 |

**Commerce Bank**
Delaware, N.A.

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

©1998, 2006, ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 055 |
|---|---|---|---|---|---|
| S77 | 000334 | XHY044 | X 50X | 0000240117 | 1 |

# Earnings Statement

**ADP**

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Period Ending: 06/08/2012
Pay Date: 06/15/2012

00000000117
BETH HAYNES
110 GENERAL DRAYTON STREET
BLUFFTON SC 29909

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   SC: 1

Social Security Number: XXX-XX-3967

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1971.16 | 80.00 | 1,971.16 | 23,653.92 |
| Gross Pay | | | $1,971.16 | 11,826.96 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -160.64 | 963.84 |
| | Social Security Tax | -73.57 | 441.44 |
| | Medicare Tax | -25.40 | 152.40 |
| | SC State Income Tax | -97.89 | 587.34 |
| | **Other** | | |
| | Checking 1 | -1,394.25 | |
| | Dental | -19.17* | 115.02 |
| | Medical | -144.00* | 864.00 |
| | Medical Fsa | -50.00* | 300.00 |
| | Vision | -6.24* | 37.44 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,751.75

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Advice number: 00000240117
Pay date: 06/15/2012

Deposited to the account of
BETH HAYNES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3845 | xxxx xxxx | $1,394.25 |

Commerce Bank
Delaware, N.A.

THIS IS NOT A CHECK
VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR NO. | 055 |
|---|---|---|---|---|---|
| S77 | 000334 | XHY044 | X 50X | 0000240118 | 2 |

# Earnings Statement



WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Period Ending:   06/08/2012
Pay Date:        06/15/2012

00000000118
BETH HAYNES
110 GENERAL DRAYTON STREET
BLUFFTON SC 29909

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   1
   SC:        1

Social Security Number: XXX-XX-3967

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation | | 80.00 | 1,971.16 | 1,971.16 |
| Regular | | | | 23,653.92 |
| **Gross Pay** | | | **$1,971.16** | 13,798.12 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -193.56 | 1,157.40 |
| Social Security Tax | | -82.79 | 524.23 |
| Medicare Tax | | -28.59 | 180.99 |
| SC State Income Tax | | -113.25 | 700.59 |
| **Other** | | | |
| Checking 1 | | -1,552.97 | |
| Dental | | | 115.02 |
| Medical | | | 864.00 |
| Medical Fsa | | | 300.00 |
| Vision | | | 37.44 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are
$1,971.16

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Advice number:   00000240118
Pay date:        06/15/2012

Deposited to the account of
BETH HAYNES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3845 | xxxx xxxx | $1,552.97 |



VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 055 |
|---|---|---|---|---|---|
| S77 | 000334 | XHY044 | X 50X | 0000220117 | 1 |

# Earnings Statement

ADP

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Period Ending: 05/25/2012
Pay Date: 06/01/2012

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  SC: 1

00000000117
BETH HAYNES
110 GENERAL DRAYTON STREET
BLUFFTON SC 29909

Social Security Number: XXX-XX-3967

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1971.16 | 80.00 | 1,971.16 | 21,682.76 |
| **Gross Pay** | | | **$1,971.16** | 9,855.80 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -160.64 | 803.20 |
| Social Security Tax | | -73.57 | 367.87 |
| Medicare Tax | | -25.40 | 127.00 |
| SC State Income Tax | | -97.89 | 489.45 |
| **Other** | | | |
| Checking 1 | | -1,394.25 | |
| Dental | | -19.17* | 95.85 |
| Medical | | -144.00* | 720.00 |
| Medical Fsa | | -50.00* | 250.00 |
| Vision | | -6.24* | 31.20 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are  -  $1,751.75

©1998, 2006, ADP, Inc. All Rights Reserved.

▼TEAR HERE

©2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WENTWORTH PROPERTY MANAGEMENT LLC
21 CHRISTOPHER WAY
EATONTOWN, NJ 07724
CO PH NUMBER 732-728-9690

Advice number: 00000220117
Pay date: 06/01/2012

Deposited to the account of
BETH HAYNES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3845 | xxxx xxxx | $1,394.25 |



VOID AFTER 180 DAYS



**NON-NEGOTIABLE**