UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks & | ) | CHAPTER 7 |
| Beth Haynes | ) | |
| Debtor. | ) | CASE NO. 09-69160-jrs |
| | ) | |
| | ) | JUDGE |

DEBTOR'S NOTICE OF CHANGE OF ADDRESS

COMES NOW THE Debtor in the above style case and shows the court his/her new address as follows:

Brian Thomas Crooks & Beth Haynes
110 General Drayton Street
Bluffton, SC 29909

Wednesday, July 18, 2012

THIS CHANGE OF ADDRESS WAS FURNISHED BY:    /s/
Tony Sandberg Attorney for Debtor
GA Bar No. 625210
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Brian Thomas Crooks  & | ) | CHAPTER 7 |
| Beth Haynes | ) | |
| Debtor. | ) | CASE NO. 09-69160-jrs |
| | ) | |
| | ) | JUDGE |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Request For Change Of Address filed in this bankruptcy case upon the following by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage affixed thereto.

Atlanta, GA 30303

This Wednesday, July 18, 2012.

By: _____/s/
Tony Sandberg Attorney for Debtor
GA Bar No. 625210
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404) 827-9799