B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)      Case Number **09–69160–jrs**

UNITED STATES BANKRUPTCY COURT Northern District of Georgia

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 4/7/09 and was converted to a case under chapter 7 on 7/19/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Thomas Crooks<br>aka Brian T. Crooks, aka Brian Crooks<br>110 General Drayton Street<br>Bluffton, SC 29909 | Beth Haynes<br>aka Beth Haynes McCracken<br>110 General Drayton Street<br>Bluffton, SC 29909 |
| Case Number:<br>09–69160–jrs | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2280<br>xxx–xx–3967 |
| Attorney for Debtor(s) (name and address):<br>Anthony B. Sandberg<br>The Sandberg Law Firm<br>International Tower – Suite 705<br>229 Peachtree Street, NE<br>Atlanta, GA 30303<br>Telephone number: (404) 827–9799 | Bankruptcy Trustee (name and address):<br>Martha A. Miller<br>Martha A. Miller, PC<br>Suite 2700<br>260 Peachtree Street, NW<br>Atlanta, GA 30303–1240<br>Telephone number: (404) 688–6800 |

## Meeting of Creditors

Date: **August 13, 2012**            Time: **01:00 PM**

Location: **Third Floor – Room 367, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return.This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/12/12**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404–215–1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|

| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 7/19/12 |

Case 09-69160-jrs    Doc 65    Filed 07/21/12    Entered 07/22/12 02:30:08    Desc Imaged
Certificate of Notice    Page 2 of 8

| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 7/19/12 |

## EXPLANATIONS

B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, selecting your language, and then pressing 18 to access the Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the

PACER (Public Access to Court Electronic Records) Service Center (800–676–6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.

```
                          United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                             Case No. 09-69160-jrs
Brian Thomas Crooks                                                Chapter 7
Beth Haynes
         Debtors              CERTIFICATE OF NOTICE
District/off: 113E-9          User: Hallc                   Page 1 of 4                  Date Rcvd: Jul 19, 2012
                              Form ID: b9a                  Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2012.
db/jtdb   +Brian Thomas Crooks,    Beth Haynes,    110 General Drayton Street,    Bluffton, SC 29909-4407
aty        A. Michelle Hart Ippoliti,    McCalla, Raymer, Padrick et al,    1544 Old Alabama Road,
            Roswell, GA 30076-2102
aty       +Alane A. Becket,    Becket & Lee, LLP,    16 General Warren Blvd.,    Malvern, PA 19355-1245
aty       +Derek W. Johanson,    Lazega & Johanson LLC,    Suite 415,    3520 Piedmont Road, N.E.,
            Atlanta, GA 30305-1512
aty       +Maria A. Tsagaris,    McCalla Raymer, et al,    1544 Old Alabama Road,    Roswell, GA 30076-2102
tr         Martha A. Miller,    Martha A. Miller, PC,    Suite 2700,    260 Peachtree Street, NW,
            Atlanta, GA 30303-1240
cr        +90 Fairlie Condominium Association, Inc.,    C/O Lazega & Johanson, LLC,
            3520 Piedmont Road, Suite 415,    Atlanta, GA 30305-1512
cr        +Countrywide Home Loans Servicing, L.P.,    McCalla, Raymer, et al.,    Bankruptcy Department,
            1544 Old Alabama Road,    Roswell, GA 30076-2102
cr        +Phillip Livingston,    Vantium Capital, Inc.,    7880 Bent Branch,    Irving, TX 75063-6045
11480860  +Allied Interstate Inc,    Gemb,    Po Box 103104,    Roswell, GA 30076-9104
11601462  +BAC Home Loans Servicing, L.P.,     fka Countrywide Home Loans Servicing, L.,
            7105 Corporate Drive,    Mail Stop PTX-C-35,    Plano, TX 75024-4100
11480865  +Cardiology of Georgia,    P O Box 105527,    Atlanta, GA 30348-5527
11480868  +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
            Simi Valley, CA 93062-5170
11654662  +Dyck-O’Neal, Inc. as Servicer,     for Federal National Mortgage Assoc.,    PO Box 13370,
            Arlington, TX 76094-0370
11658406  +Dyck-O’Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
11480872  +Fulton County Tax Commissioner,    1113 Fulton Co. Gov. Center,    141 Pryor Street, SW,
            Atlanta, GA 30303-3444
11480874  +Green Point Savings,    Po Box 84013,    Columbus, GA 31908-4013
14739562  +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302-7999
11784371   NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11480879  +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
13633741   Portfolio Recovery Associates, LLC,    Po Box 41067, Norfolk VA 23451
15838073  +Vantium Capital, Inc.,    7880 Bent Branch Dr., Suite 150,    Irving, TX 75063-6045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        E-mail/Text: thesandberglawfirm@yahoo.com Jul 19 2012 21:37:24     Anthony B. Sandberg,
            The Sandberg Law Firm,    International Tower - Suite 705,    229 Peachtree Street, NE,
            Atlanta, GA   30303
aty       +E-mail/Text: bncmail@w-legal.com Jul 19 2012 21:47:58     Richard S. Ralston,
            Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
tr        +E-mail/Text: bnc@13trusteeatlanta.com Jul 19 2012 21:44:48     Adam M. Goodman,
            Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
ust       +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 19 2012 21:46:59
            Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
            Atlanta, GA 30303-3315
cr         EDI: RECOVERYCORP.COM Jul 19 2012 20:33:00      GE Money Bank,
            c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
            Miami, FL   33131-1605
cr        +EDI: PRA.COM Jul 19 2012 20:33:00      PRA Receivables Management LLC,    POB 41067,
            Norfolk, VA 23541-1067
11480859  +EDI: AFNIRECOVERY.COM Jul 19 2012 20:33:00      Afni, Inc.,    Attn: DP Recovery Support,
            Po Box 3427,    Bloomington, IL 61702-3427
11480861  +EDI: BECKLEE.COM Jul 19 2012 20:33:00      American Express,    c/o Becket and Lee,    Po Box 3001,
            Malvern, PA 19355-0701
11919849   EDI: BECKLEE.COM Jul 19 2012 20:33:00      American Express Bank FSB,    c/o Becket and Lee LLP,
            POB 3001,    Malvern PA 19355-0701
11480862  +EDI: ACCE.COM Jul 19 2012 20:33:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
11885981  +EDI: ACCE.COM Jul 19 2012 20:33:00      Asset Acceptance LLC,    assignee FIRST USA PLATINUM,
            PO Box 2036,    Warren MI 48090-2036
11480863   EDI: BANKAMER Jul 19 2012 20:33:00      Bank Of America,    4060 Ogletown/Stanton Rd,
            Newark, DE 19713
12612041  +EDI: OPHSUBSID.COM Jul 19 2012 20:33:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
            2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11763060   EDI: CAPITALONE.COM Jul 19 2012 20:33:00      CAPITAL ONE BANK (USA), N.A.,
            C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,    NORCROSS, GA   30091
11480864   EDI: CAPITALONE.COM Jul 19 2012 20:33:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
            Po Box 5155,    Norcross, GA 30091
11480866  +EDI: CHASE.COM Jul 19 2012 20:33:00      Chase,    Attn: Bankruptcy Dept,    Po Box 100018,
            Kennesaw, GA 30156-9204
11480867  +EDI: CHASE.COM Jul 19 2012 20:33:00      Chase Na,    Attn: Bankruptcy Dept,    Po Box 100018,
            Kennesaw, GA 30156-9204
11494623   EDI: DISCOVER.COM Jul 19 2012 20:33:00      DISCOVER BANK,    DFS SERVICES LLC,    PO BOX 3025,
            NEW ALBANY, OHIO   43054-3025
11480869  +EDI: DISCOVER.COM Jul 19 2012 20:33:00      Discover Fin Svcs Llc,    Po Box 15316,
            Wilmington, DE 19850-5316
```

```
District/off: 113E-9          User: Hallc                 Page 2 of 4                  Date Rcvd: Jul 19, 2012
                              Form ID: b9a                Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11654668     +E-mail/Text: lweidhaas@dyckoneal.com Jul 19 2012 21:47:44     Dyck-O'Neal, Inc.,    PO Box 13370,
               Arlington, TX 76094-0370
11654662     +E-mail/Text: lweidhaas@dyckoneal.com Jul 19 2012 21:47:44     Dyck-O'Neal, Inc.,
               as Servicer for Federal National Mortgag,    PO Box 13370,    Arlington, TX 76094-0370
15237062     +EDI: RESURGENT.COM Jul 19 2012 20:33:00       East Bay Funding,    c/o Resurgent Capital Services,
               PO Box 288,    Greenville, SC 29602-0288
11521003      EDI: TSYS2.COM Jul 19 2012 20:33:00      FDS BANK/MACYS,    TSYS DEBT MGMT., INC.,    PO BOX 137,
               COLUMBUS, GA  31902-0137
11480871     +EDI: RCSFNBMARIN.COM Jul 19 2012 20:33:00       First National Bank of Marin/Credit One,
               Customer Service,    Po Box 98873,    Las Vegas, NV 89193-8873
11556613      EDI: RECOVERYCORP.COM Jul 19 2012 20:33:00       GE Money Bank,
               c/o Recovery Management Systems Corp.,     25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11480873      EDI: GADEPTOFREV.COM Jul 19 2012 20:33:00       Georgia Department of Revenue,    Field Service,
               PO Box 161108,    Atlanta, GA 30321
11480875      EDI: IRS.COM Jul 19 2012 20:33:00      Internal Revenue Service,     401 W. Peachtree Street,
               Stop 334-D,    Atlanta, GA 30370
11486220      EDI: IRS.COM Jul 19 2012 20:33:00      Internal Revenue Service,     P. O. Box 21126,
               Philadelphia PA 19114
14739562     +EDI: JEFFERSONCAP.COM Jul 19 2012 20:33:00       JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
               ST CLOUD MN 56302-7999
11706133      EDI: RESURGENT.COM Jul 19 2012 20:33:00       LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
11900968      EDI: RESURGENT.COM Jul 19 2012 20:33:00       LVNV Funding LLC its successors and assigns as,
               assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
11480876     +EDI: RESURGENT.COM Jul 19 2012 20:33:00       Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
11480877     +EDI: TSYS2.COM Jul 19 2012 20:33:00      Macys/fdsb,     9111 Duke Blvd,    Mason, OH 45040-8999
11480878     +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 19 2012 21:48:28      NCO Financial Systems,
               507 Prudential Rd,    Horsham, PA 19044-2368
11784371      EDI: BL-NCO.COM Jul 19 2012 20:33:00       NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
11480880      EDI: PRA.COM Jul 19 2012 20:33:00      Portfolio Rc,     Attn: Bankruptcy,
               120 Corporate Blvd Suite 100,    Norfolk, VA 23502
11521812     +EDI: PRA.COM Jul 19 2012 20:33:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,     POB 41067,    NORFOLK VA 23541-1067
11549748      EDI: RECOVERYCORP.COM Jul 19 2012 20:33:00       Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11480881     +EDI: PHINRJMA.COM Jul 19 2012 20:33:00       Rjm Acq Llc,    575 Underhill Blvd Ste 2,
               Syosset, NY 11791-3426
11824288      EDI: RESURGENT.COM Jul 19 2012 20:33:00       Roundup Funding, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
13635262      EDI: RESURGENT.COM Jul 19 2012 20:33:00       SHERMAN ACQUISITION LLC,    PO Box 10587,
               Greenville SC 29603-0587
11486221     +E-mail/Text: usagan.bk@usdoj.gov Jul 19 2012 21:47:01     U. S. Attorney,
               600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
11480882     +EDI: AFNIVZWIRE.COM Jul 19 2012 20:33:00       Verizon Wireless,    Po Box 3397,
               Bloomington, IL 61702-3397
11965238     +EDI: AFNIVZWIRE.COM Jul 19 2012 20:33:00       Verizon Wireless South,    PO Box 3397,
               Bloomington, Il 61702-3397
12666070      EDI: ECAST.COM Jul 19 2012 20:33:00      eCAST Settlement Corporation,     POB 35480,
               Newark NJ 07193-5480
                                                                                               TOTAL: 45

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Anthony B. Sandberg,    The Sandberg Law Firm,    International Tower - Suite 705,
               229 Peachtree Street, NE,    Atlanta, GA  30303
cr*          +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
cr*           ECAST Settlement Corporation,    POB 35480,    Newark, NJ  07193-5480
cr*          +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    GREENVILLE, SC 29602-0288
cr*          +Jefferson Capital Systems LLC,    PO BOX 7999,    ST CLOUD, MN 56302-7999
11888586*    +Asset Acceptance LLC,    PO Box 2036,    Warren MI 48090-2036
11480870    ##+90 Fairlie Condominium Association, Inc.,    Weinstock & Scavo, P.C.,    c/o Steven M. Winter,Esq.,
               3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
11480858    ##+Adorno & Yoss, LLC,    Two Midtown Plaza,    1349 W. Peachtree, Ste 1500,    Atlanta, GA 30309-2929
11480883    ##+Weinstock & Scavo, PC,    3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
                                                                                               TOTALS: 0, * 6, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113E-9          User: Hallc              Page 3 of 4           Date Rcvd: Jul 19, 2012
                              Form ID: b9a             Total Noticed: 65

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2012**                        Signature:     _/s/ Joseph Speetjens_

```
District/off: 113E-9          User: Hallc                  Page 4 of 4                  Date Rcvd: Jul 19, 2012
                              Form ID: b9a                 Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2012 at the address(es) listed below:
        A. Michelle Hart Ippoliti    on behalf of Creditor   Countrywide Home Loans Servicing, L.P. bkmail@prommis.com
        Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
        Alane A. Becket    on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com
        Anthony B. Sandberg    on behalf of Debtor  Brian Crooks igotnotice@sandberglawfirm.com;sandberglawfirmllc@gmail.com
        Derek W. Johanson    on behalf of Creditor   90 Fairlie Condominium Association, Inc. derekj@condoandhoalaw.com,   Bankruptcy@ljlaw.com
        Maria A. Tsagaris    on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. BkMail@prommis.com
        Martha A. Miller    mam@swtlaw.com;mam@trustesolutions.com
        Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
        Phillip Livingston    phillip.livingston@srg-i.com,  recovery.support@srg-i.com
        Richard S. Ralston    on behalf of Creditor   CANDICA L.L.C. chapter-13@w-legal.com
                                                                                                               TOTAL: 10

Case 09-69160-jrs   Doc 65   Filed 07/21/12   Entered 07/22/12 02:30:08   Desc Imaged
Certificate of Notice   Page 8 of 8