Certificate Number: 13791-GAN-DE-018754709

Bankruptcy Case Number: 09-69160


13791-GAN-DE-018754709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2012</u>, at <u>3:14</u> o'clock <u>PM EDT</u>, <u>Beth Haynes</u> completed a course on personal financial management given <u>by internet</u> by <u>DebtorWise Foundation,</u> a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia.</u>

Date: <u>July 23, 2012</u>           By:    <u>/s/Norma Diaz</u>

                                    Name:  <u>Norma Diaz</u>

                                    Title: <u>Counselor</u>