Certificate Number: 13791-GAN-DE-018754710

Bankruptcy Case Number: 09-69160



13791-GAN-DE-018754710

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2012</u>, at <u>3:14</u> o'clock <u>PM EDT</u>, <u>Brian Crooks</u> completed a course on personal financial management given <u>by internet</u> by <u>DebtorWise Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date: <u>July 23, 2012</u>            By:    <u>/s/Norma Diaz</u>

                                   Name:  <u>Norma Diaz</u>

                                   Title:   <u>Counselor</u>