**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br>　　BRIAN THOMAS CROOKS<br>　　BETH HAYNES<br>　　　　　Debtor(s) | Case No. 09-69160-JRS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 04/07/2009.

　　2) The plan was confirmed on 06/18/2009.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2011.

　　5) The case was converted on 07/19/2012.

　　6) Number of months from filing to last payment: 38.

　　7) Number of months case was pending: 40.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: $14,765.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,285.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$19,285.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,850.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $921.75 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,771.75** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 90 FAIRLIE CONDOMINIUM ASSOCIA | Unsecured | NA | 9,820.11 | 9,820.11 | 622.67 | 0.00 |
| AFNI, INC. | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK | Unsecured | 9,705.00 | 9,705.79 | 9,705.79 | 612.03 | 0.00 |
| ASSET ACCEPTANCE CORP. | Unsecured | NA | 21,665.11 | 21,665.11 | 1,366.13 | 0.00 |
| BAC HOME LOANS SERVICING L.P | Unsecured | 46,169.00 | 49,315.23 | 49,315.23 | 2,375.23 | 0.00 |
| Bank of America | Unsecured | 5,573.00 | NA | NA | 0.00 | 0.00 |
| Candica, L.L.C. | Unsecured | NA | 651.82 | 651.82 | 41.23 | 0.00 |
| Cardiology of Georgia | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 7,907.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 5,116.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | NA | 4,848.33 | 4,848.33 | 305.90 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,659.00 | 1,559.28 | 1,559.28 | 98.37 | 0.00 |
| eCAST SETTLEMENT CORP | Unsecured | 271.00 | 341.55 | 341.55 | 21.70 | 0.00 |
| FDS BANK / MACY'S | Unsecured | NA | 1,368.63 | 1,368.63 | 86.71 | 0.00 |
| FIRST NATIONAL BANK OF MARIN | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| FULTON COUNTY TAX COMMISSION | Unsecured | NA | 5,913.60 | 5,913.60 | 62.15 | 0.00 |
| Georgia Department of Revenue | Unsecured | 0.00 | 1.35 | 1.35 | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 1.00 | 56.70 | 56.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 2,597.06 | 2,597.06 | 2,597.06 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 12,000.00 | 13,088.79 | 13,088.79 | 825.02 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 84.00 | 84.14 | 84.14 | 5.39 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 317.92 | 317.92 | 20.20 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 38,587.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MANAGEMENT | Unsecured | 19,254.00 | 19,254.45 | 19,254.45 | 1,214.12 | 0.00 |
| NCO PORTFOLIO MANAGEMENT | Unsecured | 19,610.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICE | Unsecured | 18,070.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 35,663.00 | 35,857.25 | 35,857.25 | 2,261.05 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 12,797.00 | 12,895.88 | 12,895.88 | 813.16 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | NA | 5,805.98 | 5,805.98 | 366.10 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | NA | 7,985.62 | 7,985.62 | 503.57 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VANTIUM CAPITAL, INC. | Unsecured | 285,917.00 | 4,624.58 | 4,624.58 | 291.78 | 0.00 |
| Verizon Wireless | Unsecured | 372.00 | 372.33 | 372.33 | 23.68 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,653.76 | $2,597.06 | $0.00 |
| **TOTAL PRIORITY:** | **$2,653.76** | **$2,597.06** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$205,477.74** | **$11,916.19** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,771.75 |
| Disbursements to Creditors | $14,513.25 |
| **TOTAL DISBURSEMENTS :** | **$19,285.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/30/2012                    By: /s/ Adam M. Goodman
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-69160-JRS |
| BRIAN THOMAS CROOKS | ) | |
| BETH HAYNES | ) | |
| | ) | |
| DEBTORS | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   BRIAN THOMAS CROOKS
   BETH HAYNES
   110 GENERAL DRAYTON STREET
   BLUFFTON, SC 29909


   THE SANDBERG LAW FIRM
   INTERNATIONAL TOWER
   SUITE 705
   229 PEACHTREE STREET
   ATLANTA, GA 30303


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 07/30/2012                                                                                               /S/

                                                                            Adam M. Goodman, Chapter 13 Trustee
                                                                            State Bar No. 300887
                                                                            STANDING CHAPTER 13 TRUSTEE
                                                                            260 PEACHTREE STREET
                                                                            SUITE 200
                                                                             ATLANTA, GA 30303
                                                                            (678)510-1444
                                                                            trustee@13trusteeatlanta.com


**UST Form 101-13-FR-S (9/1/2009)**