UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Brian Thomas Crooks**
110 General Drayton Street
Bluffton, SC 29909

**xxx−xx−2280**

**Beth Haynes**
110 General Drayton Street
Bluffton, SC 29909

**xxx−xx−3967**

Case No.: **09−69160−jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

### ORDER APPROVING ACCOUNT AND DISCHARGING CHAPTER 13 TRUSTEE

    It appearing that the case of the above−named Debtor(s) was converted to a Chapter **7** by Order of this Court on **7/19/12**, and

    It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Chapter 13 Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Chapter 13 Trustee has performed all other duties as required in the administration of said estate;

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), the Chapter 13 Trustee, and the Chapter 7 Trustee.

_James R. Sacca_ (signature)

James R. Sacca
United States Bankruptcy Judge

Dated: July 31, 2012

Form175

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 09-69160-jrs
Brian Thomas Crooks                                                 Chapter 7
Beth Haynes
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113E-9         User: pricev            Page 1 of 2          Date Rcvd: Jul 31, 2012
                             Form ID: 175            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2012.
db/jtdb    +Brian Thomas Crooks,   Beth Haynes,   110 General Drayton Street,   Bluffton, SC 29909-4407
aty        +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
             229 Peachtree Street, NE,   Atlanta, GA 30303-1601
tr          Martha A. Miller,   Martha A. Miller, PC,   Suite 2700,   260 Peachtree Street, NW,
             Atlanta, GA 30303-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: bnc@13trusteeatlanta.com Jul 31 2012 22:21:36     Adam M. Goodman,
             Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Anthony B. Sandberg,   The Sandberg Law Firm,   International Tower - Suite 705,
             229 Peachtree Street, NE,   Atlanta, GA 30303-1601
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2012**                    Signature:    _Joseph Speetjens_

```
District/off: 113E-9          User: pricev              Page 2 of 2              Date Rcvd: Jul 31, 2012
                              Form ID: 175              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:

```
          A. Michelle Hart Ippoliti    on behalf of Creditor   Countrywide Home Loans Servicing, L.P.
           bkmail@prommis.com
          Alane A. Becket    on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com
          Anthony B. Sandberg    on behalf of Debtor Brian Crooks
           igotnotice@sandberglawfirm.com;sandberglawfirmllc@gmail.com
          Derek W. Johanson    on behalf of Creditor   90 Fairlie Condominium Association, Inc.
           derekj@condoandhoalaw.com,   Bankruptcy@ljlaw.com
          Maria A. Tsagaris    on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home
           Loans Servicing, L.P. BkMail@prommis.com
          Martha A. Miller     mam@swtlaw.com;mam@trustesolutions.com
          Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
          Phillip  Livingston     phillip.livingston@srg-i.com,   recovery.support@srg-i.com
          Richard S. Ralston    on behalf of Creditor   CANDICA L.L.C. chapter-13@w-legal.com
                                                                                             TOTAL: 9
```