UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Brian Thomas Crooks**
110 General Drayton Street
Bluffton, SC 29909

**xxx–xx–2280**

**Beth Haynes**
110 General Drayton Street
Bluffton, SC 29909

**xxx–xx–3967**

Case No.: **09–69160–jrs**
Chapter: **7**

## ORDER

    Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under §521(i)(1), Debtor is not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

_/s/ James R. Sacca_

James R. Sacca
United States Bankruptcy Judge

Form 420

```
                              United States Bankruptcy Court
                              Northern District of Georgia

In re:                                                          Case No. 09-69160-jrs
Brian Thomas Crooks                                             Chapter 7
Beth Haynes
         Debtors               CERTIFICATE OF NOTICE
District/off: 113E-9          User: slaterc                Page 1 of 4                  Date Rcvd: Aug 21, 2012
                              Form ID: 420                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
db/jtdb    +Brian Thomas Crooks,    Beth Haynes,    110 General Drayton Street,    Bluffton, SC 29909-4407
tr          Martha A. Miller,    Schulten Ward & Turner, LLP,    Suite 2700,    260 Peachtree Street, NW,
             Atlanta, GA 30303-1240
cr         +90 Fairlie Condominium Association, Inc.,    C/O Lazega & Johanson, LLC,
             3520 Piedmont Road, Suite 415,    Atlanta, GA 30305-1512
cr         +Countrywide Home Loans Servicing, L.P.,    McCalla, Raymer, et al.,    Bankruptcy Department,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
cr         +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr         +Phillip Livingston,    Vantium Capital, Inc.,    7880 Bent Branch,    Irving, TX 75063-6045
11480860   +Allied Interstate Inc,    Gemb,    Po Box 103104,    Roswell, GA 30076-9104
11480861   +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
11919849    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11601462   +BAC Home Loans Servicing, L.P.,    fka Countrywide Home Loans Servicing, L.,
             7105 Corporate Drive,    Mail Stop PTX-C-35,    Plano, TX 75024-4100
11480863    Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
11763060   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
             PO BOX 5155,    NORCROSS, GA 30091)
11480865   +Cardiology of Georgia,    P O Box 105527,    Atlanta, GA 30348-5527
11480866   +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
11480867   +Chase Na,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
11480868   +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
             Simi Valley, CA 93062-5170
11654662   +Dyck-O'Neal, Inc. as Servicer,    for Federal National Mortgage Assoc.,    PO Box 13370,
             Arlington, TX 76094-0370
11658406   +Dyck-O'Neal, Inc.,    PO Box 13370,    Arlington, TX 76094-0370
11521003    FDS BANK/MACYS,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA 31902-0137
11480871   +First National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
             Las Vegas, NV 89193-8873
11480872   +Fulton County Tax Commissioner,    1113 Fulton Co. Gov. Center,    141 Pryor Street, SW,
             Atlanta, GA 30303-3444
11480874   +Green Point Savings,    Po Box 84013,    Columbus, GA 31908-4013
14739562   +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302-7999
11480877   +Macys/fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
11784371    NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11480880   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
             Norfolk, VA 23502)
11521812   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
             NORFOLK VA 23541-1067
11480879   +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
13633741    Portfolio Recovery Associates, LLC,    Po Box 41067, Norfolk VA 23451
15838073   +Vantium Capital, Inc.,    7880 Bent Branch Dr., Suite 150,    Irving, TX 75063-6045
12666070    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 21 2012 22:20:42
              Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
cr          E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2012 01:37:49      GE Money Bank,
              c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11480859    +E-mail/PDF: recoverybankruptcy@afninet.com Aug 22 2012 00:34:11      Afni, Inc.,
              Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
11480862    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 21 2012 22:32:09      Asset Acceptance,
              Po Box 2036,    Warren, MI 48090-2036
11885981    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 21 2012 22:32:09      Asset Acceptance LLC,
              assignee FIRST USA PLATINUM,    PO Box 2036,    Warren MI 48090-2036
12612041    +E-mail/Text: bncmail@w-legal.com Aug 21 2012 22:33:03      CANDICA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11494623     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2012 00:35:44      DISCOVER BANK,
              DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO 43054-3025
11480869    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2012 00:35:44      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
11654668    +E-mail/Text: lweidhaas@dyckoneal.com Aug 21 2012 22:32:54      Dyck-O'Neal, Inc.,   PO Box 13370,
              Arlington, TX 76094-0370
11654662    +E-mail/Text: lweidhaas@dyckoneal.com Aug 21 2012 22:32:54      Dyck-O'Neal, Inc.,
              as Servicer for Federal National Mortgag,    PO Box 13370,    Arlington, TX 76094-0370
15237062    +E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 22:31:50      East Bay Funding,
              c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
11480871    +E-mail/Text: creditonebknotifications@resurgent.com Aug 21 2012 22:16:40
              First National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
              Las Vegas, NV 89193-8873
```

```
District/off: 113E-9           User: slaterc              Page 2 of 4              Date Rcvd: Aug 21, 2012
                               Form ID: 420               Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11556613       E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2012 01:37:49     GE Money Bank,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11480873       E-mail/Text: brnotices@dor.ga.gov Aug 21 2012 22:19:59     Georgia Department of Revenue,
               Field Service,    PO Box 161108,    Atlanta, GA 30321
11486220       E-mail/Text: cio.bncmail@irs.gov Aug 21 2012 22:14:21     Internal Revenue Service,
               P. O. Box 21126,    Philadelphia PA 19114
11480875      +E-mail/Text: cio.bncmail@irs.gov Aug 21 2012 22:14:20     Internal Revenue Service,
               401 W. Peachtree Street,    Stop 334-D,   Atlanta, GA 30308-3518
11706133       E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 22:31:50     LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11900968       E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 22:31:51
               LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11480876      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 22:31:51     Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
11480878      +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 21 2012 22:33:14     NCO Financial Systems,
               507 Prudential Rd,    Horsham, PA 19044-2368
11549748       E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2012 01:37:49
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11480881      +E-mail/Text: rjm@ebn.phinsolutions.com Aug 21 2012 22:17:09     Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
11824288       E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 22:31:51     Roundup Funding, LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13635262       E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 22:31:51
               SHERMAN ACQUISITION LLC,    PO Box 10587,   Greenville SC 29603-0587
11486221      +E-mail/Text: usagan.bk@usdoj.gov Aug 21 2012 22:20:43     U. S. Attorney,
               600 Richard B. Russell Bldg.,    75 Spring Street, SW,   Atlanta GA 30303-3315
11480882      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 22 2012 01:34:36     Verizon Wireless,
               Po Box 3397,    Bloomington, IL 61702-3397
11965238      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 22 2012 01:34:36     Verizon Wireless South,
               PO Box 3397,    Bloomington, Il 61702-3397
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
cr*           ECAST Settlement Corporation,    POB 35480,   Newark, NJ  07193-5480
cr*          +East Bay Funding,    c/o Resurgent Capital Services,   PO Box 288,   GREENVILLE, SC 29602-0288
cr*          +Jefferson Capital Systems LLC,    PO BOX 7999,   ST CLOUD, MN 56302-7999
11888586*    +Asset Acceptance LLC,    PO Box 2036,   Warren MI 48090-2036
11480864*   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
11480870    ##+90 Fairlie Condominium Association, Inc.,    Weinstock & Scavo, P.C.,    c/o Steven M. Winter,Esq.,
               3405 Piedmont Road, Suite 300,    Atlanta, GA 30305-1728
11480858    ##+Adorno & Yoss, LLC,    Two Midtown Plaza,   1349 W. Peachtree, Ste 1500,    Atlanta, GA 30309-2929
11480883    ##+Weinstock & Scavo, PC,    3405 Piedmont Road, Suite 300,   Atlanta, GA 30305-1728
                                                                                   TOTALS: 0, * 6, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113E-9            User: slaterc              Page 3 of 4              Date Rcvd: Aug 21, 2012
                                Form ID: 420               Total Noticed: 57

                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2012**                        **Signature:**     *Joseph Speetjens*

```
District/off: 113E-9          User: slaterc              Page 4 of 4                Date Rcvd: Aug 21, 2012
                              Form ID: 420               Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2012 at the address(es) listed below:

        A. Michelle Hart Ippoliti    on behalf of Creditor   Countrywide Home Loans Servicing, L.P. bkmail@prommis.com
        Alane A. Becket    on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com
        Anthony B. Sandberg    on behalf of Debtor Brian Crooks igotnotice@sandberglawfirm.com;sandberglawfirmllc@gmail.com
        Derek W. Johanson    on behalf of Creditor   90 Fairlie Condominium Association, Inc. derekj@condoandhoalaw.com, Bankruptcy@ljlaw.com
        Maria A. Tsagaris    on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. BkMail@prommis.com
        Martha A. Miller    mam@swtlaw.com;mam@trustesolutions.com
        Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
        Phillip Livingston    phillip.livingston@srg-i.com, recovery.support@srg-i.com
        Richard S. Ralston    on behalf of Creditor   CANDICA L.L.C. chapter-13@w-legal.com
                                                                                 TOTAL: 9