**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| BRIAN THOMAS CROOKS  AND BETH ) | |
| HAYNES ) | CASE NO.  09-69160-JRS |
| DEBTORS ) | |
| ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

    COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $340.05 on behalf of 90 FAIRLIE CONDOMINIUM ASSOCIATION INC, who filed claim # 8. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

**CERTIFICATE OF SERVICE**

This is to certify that I have this 30th day of August, 2012 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE SANDBERG LAW FIRM
INTERNATIONAL TOWER
SUITE 705
229 PEACHTREE STREET
ATLANTA, GA  30303

    /s/
    ADAM M. GOODMAN, TRUSTEE
    STATE BAR NO. 300887
    STANDING CHAPTER 13 TRUSTEE
    260 PEACHTREE STREET
    SUITE 200
    ATLANTA, GA  30303
    (678)510-1444